# Exhibit A

## <u>INDEX TO LETTERS IN SUPPORT OF GASPER FIORE</u>

A-1 ............ Carole Baker

A-2 ............ Steven Radden

A-3 ............ Dr. Thomas Moses

A-4 ............ Jessica Lucas

A-5 ............ Edward Gerds

A-6 ............ Ellis D. Stafford

A-7 ............ Sandra S. Miller

A-8 ............ Isidor Storm

A-9 ............ Maria Gielow

A-10 .......... William J. Darrell

A-11 .......... Robert Bear

A-12 .......... Robert Gagliano

A-13 .......... Kimberly Cockrel

A-14 .......... Kelly Sakalian and Family

A-15 .......... Stephen Whirley

A-16 .......... Bobby R. Nicholson

A-17 .......... Frank Havier

A-18 .......... Robert W. Barron

A-19 .......... John Gagliano

A-20 .......... Steve Hood

A-21 .......... Robert Agar

A-22 .......... Brad A. Horton

A-23 .......... James P. Colville

A-24 .......... Sandy Mulvihill

A-25 .......... Terrence Brewer

A-26 .......... Michael Wyatt

A-27 .......... Anthony L. Williams

A-28 .......... Amanda A. Wyatt

A-29 .......... William F. Ryan

A-30 .......... Robert Adcock

A-31 .......... Michelle Trzin

A-32 .......... Sam Hammoudeh

A-33 .......... Chris Thomas

A-34 .......... Joe Renkiewicz

A-35 .......... Gary Kowalski

A-36 .......... Thomas C. Berry

A-37 .......... Lisa Stanaj

A-38 .......... Debra Spring

A-39 .......... John W. Shenkaruk

A-40 .......... Mark Wierszewski, Jr.

A-41 .......... David J. Colville

A-42 .......... Marty Torello

A-43 .......... Roland and Maryann Hamelin

A-44 .......... Brigida Fiore Loukas

A-45 .......... Lisa Daily

A-46 .......... David Klein

A-47 .......... Jennifer O'Neill

A-48 .......... Paul Reschke

A-49 .......... Garret Renkiewicz

A-50 .......... Lisa Findlay

A-51 .......... Charmine Yates

A-52 .......... Vince Passalacqua

A-53 .......... Bess Kalas

A-54 .......... Benjamin McGuire

A-55 .......... Joseph Donnelly

A-56 .......... Lawrence D. Quick

A-57 .......... Mark Hamelin

A-58 .......... Vincent Agius

A-59 .......... Thomas Karadimas

A-60 .......... Tracy Evans

A-61 .......... Timothy A. Johnson

A-62 .......... Christopher Henderson

A-63 .......... Paul Klein

A-64 .......... Katherine Suchoval

A-65 .......... Alexander McMillan

A-66 .......... Aaron W. Wyatt

A-67 .......... Josephine Scharf

A-68 .......... David A. Santoro

A-69 .......... Clay Traylor

A-70 .......... Walter Dzielsky

A-71 .......... Patrick Carothers

A-72 .......... Constantinos Karadimas

A-73 .......... Mark Kassab

A-74 .......... Kelly A. Smith

A-75 .......... Tracie Lebold-Alpert

A-76 .......... Kristina M. Manoogian

A-77 .......... Sandra Feneck

A-78 .......... Anthony James Thomas

A-79 .......... Miles Handy

A-80 .......... Mary A. Peterson

February 14, 2018
The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Your Honor,

I am aware that Gasper Fiore has plead guilty to giving money to a public official, a federal offense.

Mr. Fiore has always had his business in my neighborhood, starting with an ice cream truck and then into the towing business. Probably about ten to twelve years ago I began working for their family at their company parties, doing the decorating, setting up, and serving guests. As a retired Architectural / Mechanical Drawing teacher at Cass Technical High School, a realtor in Detroit, and a lifelong resident in the Woodbridge Historical area he has supported my efforts a great deal.

His positive attributes have been evident to me for quite sometime. As a teacher he would always ask me"What are you working on now?" If I was building a school in Nicaragua , working on a charrette , buying supplies, he would wad up his fist when I was leaving— and shove something in my hand—- it was always $500 for the kids. He never asked for anything in return. I remember him with a tow truck handing out over 200 turkeys to people in the street for the holidays. No one asked him to do that. I never asked him for money for my classroom, but he knew the need.

One time I did ask him for money, as Father Russ Kohler took over St. Annes Church in Southwest, Detroit and he needed tables and chairs for the big mass coming up. I was out all day looking for cement tables and benches, and a fountain for the courtyard. I worked a deal out and called Gasper to

A-1

see if he would split the bill with me. He met me around the corner from the church within the hour and again shoved the money in my hand. It was for the full amount. Gasper has donated thousands to the annual "Sharing of the Green "St. Patrick's Mass at Most Holy Trinity Church in Corktown.

My best story of Gasper's generosity is when he stopped to upright a child's lemonade stand. The child was devastated that his stand was blown over. Gasper swung around and fixed the day!

The love he has for his family is extraordinary. I have witnessed his commitment to his family in so many ways. His family is his main drive. He is devastated at what this offense has done to his family. His young grandchildren get confronted about the situation. His daughters and x-wife are in the shadow of this offense. He has so much remorse.

I have never seen my friend Gasper more sorry than he is now. He can hardly hold his head up. The daily newspapers have scarred him forever. He talks about how he really messed up. Personally, I have seen him cry.

In summary, I think of a huge iceburg jutting up from the water. But what you see is not the whole story, but a small part. But look underneath and you would see a giant work ethic, years of hard work, good character, kindness, hard times and good times, a strong family unit, bonding to those he loves and all the years of his life he so humbly hides from most eyes.

Gasper totally admits responsibility and the toll on him and family is immense. His family needs him. Please consider a work release. Or as a teacher I would suggest he could totally give tuition for some children to attend Christo Rey (the old Holy Redeemer School) that gives kids a work ethic as he himself has. That would be a far better use of tax payer dollars in the long run. Thank- you for your consideration.

Sincerely yours,
Carole K. Baker
Carole K. Baker



Steven M. Radden
17350 Fairway Dr., Detroit, MI 48221
313-363-2422 * stevenmradden@aol.com

April 10, 2018

Honorable, Robert H. Cleland
U.S. District Judge, MI-ED
Federal Building and U.S. Courthouse
526 Water St., 2nd Floor
Port Huron, MI 48060



Dear Honorable, Robert H. Cleland,

I am a retired Detroit Police Officer (DPD) and the owner of Steve's Soul Food Restaurant in Detroit. I have known Gasper Fiore for 25 years. I previously served with Gasper as a Detroit Fire Department Commissioner. As co-Commissioners we formulated policy for first responders and actively participated in the relief efforts of several disasters.

Outside of events of 9/11, Hurricane Katrina was the greatest to affect America in terms of loss of life and property. In response, I provided food service via my roving restaurant, "Steve's World of Food's" in conjunction, Gasper provided a Boulevard and Trumbull Tractor along with a refrigerator truck filled with tons of food to donate. We provided this joint effort and endured the grueling trip and horrific experience for all the reasons you saw on television. We trailed one another from Detroit to New Orleans and back, spending 8 days there feeding the police, fire, and all first responders. The trip cost each of us an estimated $30,000 and more than a week away from our businesses.

A-2

Your honor, we carried our own generators and fuel. The lack of power and excessive heat and humidity created unbearable conditions. Still, after anchoring the roving restaurant, Gasper got out on the grind and helped people with his tow truck and knowledge of emergency procedures and engines. He really made a difference and improved the lives and conditions of the tragedy stricken residents and first respondents from around the country.

Based on my knowledge, Gasper has never been in trouble in more than 50 years and has learned from his mistake. The community benefits from his full participation, as does our country. He is courageous, committed and works hard for those around him. He enters perilous situations (oil spills, multiple tractor trailer accident, and etc.) saving lives and property of people he does not know personally. Many of these tragedies are in extreme conditions such as sub-zero temperatures, floods, and blistering heat. Not only does Gasper do his job, he leads teams without fear for his own safety.

It is my prayer that you see fit to allow Gasper to continue to give to and serve his community and place him on probation, without incarceration. It is understood that during the discretionary process of sentencing you are allowed to "measure the man" and how he should most appropriately atone for his wrongs. May I suggest that you assign him to the maintenance department at the Inkster Housing Commission (IHC), where nearly 1,500 low income young adults and seniors reside. IHC has numerous trucks, plows and other equipment on nearly 100-acre campus. Because of limited federal funding, they have limited staff, Gasper's experience with vehicles and in crisis intervention, he would be a "Godsend" in respect to his maintenance experience in towing and driving.

Inkster is one of the poorest communities in the state and has no school system. IHC has recently been selected by HUC Secretary Dr. Ben Carson, MD, as the *only* site in Western Wayne County for an EnVision Center through which IHC will form collaborations and initiate job training for employment opportunities for residents and others. Respectfully, if your Honor, could see fit to assign

2

Gasper to IHC for community service, it would greatly benefit their community and enhance the training of young men who are there to gain life skills creating a better future … and may even deter them from the courtroom.

If community service is not an option, I urge you for the reasons stated above, to exercise your discretion in the most lenient manner possible. This case does not define Gasper or the contributions he has made to this community to date, or the contributions he can make in the future.

I have always known Gasper as a good man who loves his family, friends, and country. He has always lent a helping hand, advice or service to aide those in need and is also known to be generous to a fault. Attached please find pictures of my roving restaurant and the truck Gasper drove to Louisiana. If I can be of further assistance please do not hesitate to contact me.

Best regards,

Steven M. Radden

Owner Steve's Soul Food, Inc.

3



May 22 2015 | 31:40.1





The Honorable Robert H. Cleland
US District Judge
US District Court
Port Huron, Michigan

Dear Judge Cleland,
I just spoke with a friend who gave me an update on Gasper Fiore. He gave me
Mr. Fiore's attorney's info as well as yours.

My name is Dr. Thomas Moses. I practice both in Dearborn and Detroit, and have
done so continuously for the last 38 years. During that period I've come to know
Mr. Fiore on both a personal and professional basis. During these years I've been
involved with the Southwest Detroit Business Association, Buoy 4 our Police
Athletic League, sponsored multiple events for the Helen Fields Trainable School –
a school for children with multiple handicaps, sponsored the adopt a room
program to rebuild our precinct police station and sponsored the 4th precinct
police softball and pistol teams.

I always turned to Gasper to help with these projects. I only know him as a man
willing to help anyone-anytime. Now, don't get me wrong, he's a businessman a
big businessman who I think has done very well, and apparently, from his own
admission, has done some of that business in a shady manner. That's not the
Gasper that I've come to know. The Fiore I know has been a hands working
generous, rock of goodwill for Southwest Detroit. Hard

I know there's nothing I can say or write that will change what he's done, but I did
want to write this, to tell you that Gasper is at heart, a good honest businessman,
a strong supportive father and a friend to me and his community.

Thank you for taking the time out of your day to read this.

Dr. Thomas Moses

A-3

March 21, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Dear Judge Cleland:

My father Gasper Fiore loves his family, and I am grateful to have this wonderful man as my father. I know that he has made mistakes, but he will always be my father and he has always been there for our family.

Gasper works around the clock to help people, to provide jobs and support for the community and to grow a successful business. His kindness and generosity are legendary throughout the community. In over 40 years of business, he has never laid off an employee. He has always found them work to do, and assured the employees of a paycheck at the end of the week. I often hear from our employees how much they love and admire my father. Gasper does many things that he isn't recognized for. He supports the community and has events to recognize employees, whether it be summer BBQ's or an annual holiday party, his employees are like family.

I'm aware that my father has pled guilty to a federal offense involving giving money to a public official and I understand that it's a crime, but I will always love and respect him and he will always be a great example to me and my family. He has done so many wonderful things, and that is what I will always love about him. Our family has suffered along with my father, but I am confident that he will be a better and stronger man because of this.

I have confidence in him, and our families love of him that he will look back and become a better man because of this. Thank you Judge Cleland for taking the time and patience to consider this heartfelt letter from Gasper Fiore's loving daughter.

Very truly yours,

Jessica Lucas

A-4

February 18, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Dear Judge Cleland:

I'm writing to you in support of Gasper Fiore who has plead guilty to a federal offense involving giving money to a public official. I've known Gasper for thirty-four years and despite his actions in this very serious offense, I still hold him in high regard.

I first met Gasper in 1984 when as a Michigan State Police Trooper, I was assigned to the Detroit Freeway Post. While at the post, one of my duties was as an accident reconstructionist. I was always relieved when it was Gasper who responded to the call for wrecker services at fatal scenes. He was one of the main reasons that the freeway could be opened as soon as possible to avoid more critical incidents from occurring. No matter how spread out the damage was, no matter how large or hazardous a load might have been spilled from a semi tractor and trailer, and no matter how chaotic the scene, Gasper was totally knowledgeable and competent in handling the situation. Not only did he take the time to teach his workers, but also the troops, on how to handle some extremely difficult tows. He was respectful of the troopers and other first responders and always mindful of their duties at each scene. I also knew that my evidence in these fatal incidents would be properly stored and maintained for court purposes – at times for a minimum of two years.

From 1988 until my retirement in 2010, I had numerous professional contacts with Gasper through my command of auto theft, narcotics, and surveillance task forces administered by the Michigan State Police. We had no contract in place requiring us to use Gasper's company, and he never pressured us to do so. We used his company because of the excellent manner in which he, and members of his staff, continued to handle our calls for service. Gasper recognized our unique towing and storage needs and prioritized our calls so that our law enforcement personnel were not tied up for long periods of times at investigative scenes. And, not once, was there an issue with the way Gasper stored or maintained our evidence when a case went to trial. There was never an instance where his integrity was in question.

I've always admired Gasper's work ethic. I know very few people who work as hard as he does. He seems to me to be happiest when working in his tow truck. For all he has legitimately accomplished, he is a very humble man. In my experience, he has never been anything but loyal to the State Police and me. I consider him my friend.

Thank you, your Honor, for taking time to consider these factors in your deliberation.

Sincerely,

Edward G. Gerds
35816 Pinetree
Livonia, MI 48150
(734) 718-5001

A-5

# Ellis D. Stafford

7513 Warwick Dr., Ypsilanti, Mi 48197 | 734.657.7309 | ellis.stafford@sbcglobal.net

February 19, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Ref: Mr. Gasper Fiore

Dear Judge Cleland:

Please accept this letter as my opinion of Gasper Fiore's character and remorse. However, please allow me to introduce myself and how I came to know a kind friend.

Until the summer of 2011, I worked for the Michigan Department of State Police (MSP) in Second District retiring as a senior executive after more than 23 years of service. It was during my time with MSP that I first met Gasper more than two decades ago. Then, the Second District consisted of Wayne, Oakland, Macomb, and Washtenaw counties; the heart B & T 's operation. I first met Gasper at some of the worst traffic accidents in Southeast Michigan. At first, I thought he worked for B&T. You can imagine my surprise when I learned not only was he the owner, but he was hardest working employee at B&T. In fact, if had a complicated scene, or one that involved heavy trucks, we would call Gasper regardless of the towing area. His ability to quickly clear an accident scene from the road or nearby was legendary. As B&T the company grew, Gasper never outgrew a work ethic that demand his presence at every horrific scene. And over the years, I got to know Gasper Fiore the person, beyond work and accident scenes.

I found a successful businessman with a heart of gold. A man, who for no reason, used much of his professional and personal resources to bless others, while never asking for anything in return. He blessed folks that could not help themselves, nor ever repay him for his generosity. He put tires on the cars of poor folk's, allowed friends to pick car parts from his yards, and feed too many people to count while never asking anything in return. This is the Gasper Fiore I know. Helping those that could not help themselves.

Sure, I have read the news and listened to reports of Gasper's crimes. As a former law enforcement officer, I believe Gasper should be held accountable for his crimes. However, I am confident that for every crime he is accused of is surpassed by unspoken instances of generosity; more than ten-fold.

I know Gasper is remorseful, and his hindsight is 20/20. Moreover, he cannot undo the past, but I implore you to consider all the good Gasper has done for much of Detroit's underserved community during his sentencing.

If you have questions, please feel free to contact me.

Sincerely,

Ellis D. Stafford

A-6

February 17, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Dear Judge Cleland:

I am writing to you in support of Gasper Fiore who has pleaded guilty to a federal offense involving giving money to a public official. I do understand the seriousness of this offense and the impact such attempted influence has on the trust we place in our public officials to perform their duties with integrity. However, I also know that Gasper's offense does not reflect the core goodness of this man that I have known for 39 years.

I first met Gasper in 1979 when as a Michigan State Police trooper, I was transferred to the Northville Post along with 80 other out-state troopers. Adjusting to freeway patrol in a metropolitan area required a learning curve. When Gasper responded to our requests for wrecker services, he always took time to show us safer ways to protect the scene and ourselves. He did this even though he was the sole owner and operator of Boulevard & Trumbull and could have instead gone on to additional paying calls. I also remember many times when the occupants of the vehicles had limited resources and he voluntarily drove them home without charging. Often, he would fix their cars if he could, rather than towing the vehicle for the sake of a more profitable "call." Gasper was always professional and respectful in each of my encounters with him.

n 1987, I was assigned as the commander of a multi-jurisdictional task force in western Wayne County that included investigations of auto theft and narcotics activities. While we did not contract any vendor for centralized towing and storage services, we most often used Gasper's company. Particularly in auto theft, we would need several semi-trailers to handle the amount and size of property pieces that we seized from chop shops. Gasper designated our requests as a priority and never hesitated to provide the equipment and manpower we needed. The storage of our investigative evidence took up a significant area of Gasper's storage lots over long, sometimes years, periods. Gasper never complained although I'm sure he could have easily used the space for "paying customers." In addition, he made sure his staff protected our inventory from theft. Gasper was always readily available for the many audits conducted by our Lansing headquarters. He also never complained when we brought in outside auctioneers to sell the forfeited property. Gasper was always professional and respectful and made sure his staff was the same towards anyone in law enforcement.

In 2005, Gasper was awarded a contract by the Michigan Department of Transportation to manage MDOT's Emergency Road Response (ERR) Freeway Courtesy Patrol. I had retired from the State Police in 1999 and Gasper hired me to administer the program. I did so until 2009. During that time, I worked closely with Gasper to ensure that we ran a quality service program. Gasper always stressed to our road staff to go "above and beyond" in servicing stranded motorists and to do so safely. When we hired staff, Gasper gave preference to individuals who might have not have been hired by other employers. He felt it was our job to give them work skills and train them to be good employees.

During the time I worked with Gasper, I grew to admire even more how hard he always worked. He never held himself above others. He would be the first one of his drivers to be laying in the snow and ice to hook up a difficult tow. He would be the first to place himself, rather than an employee, in a dangerous position to clear the freeway of a hazardous situation. He was self-deprecating and never judged people who might have found themselves in difficult circumstances. I saw him lend a helping hand many times without expecting anything in return. I

A-7

saw him help other tow company owners, either through individual mentorship or through the Michigan Tow Association, become successful, knowledgeable owners.

I consider Gasper a friend. He was always kind and considerate of me. I know the news calls him "a towing titan." I know this "titan," whom many other tow company owners turned to for advice, is a self-made, successful businessman who has worked 24 hours a day most of his life to accomplish his life-long goal to improve the growth and regard in which owners and especially workers of the towing industry should be held. And, I also know he admired and appreciated my work – and always valued my experience as a law enforcement officer. I never questioned that he truly loved police and the service they provide.

I know that Gasper regrets the harm that this has caused the people he cares most about – his family and his employees. The Gasper that I know is worrying more about the impact on their lives, far more than the impact his actions will have on his own future.

Thank you so much, your Honor, for taking time out of your busy schedule to consider my letter. I know your task is not easy.

Sincerely,

Sandra Miller

Sandra S. Miller
3791 Parklawn Drive
Canton, MI 48188
(734) 216-8013

April 19, 2018
The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, MI
Dear Judge Cleland,

I am aware that Gasper Fiore has pled guilty to a federal offense involving giving money to a public official. This information does not change any favorable opinion I have about him. At some time in the late 80s or early 90s there was terrible ice storm in Wayne county. Everything was covered about 1/8 inch deep in ice. Gasper Fiore and I were eating lunch together that day. A semi truck had rolled over on eastbound I 94 near Oakwood. A tow truck from Boulevard Trumbull towing was clearing the accident and we were nearby. Gasper and I decided to go see if we could assist with the tow. When we got there we found a team of firefighters hosing diesel fuel from a broken fuel tank on the wrecked truck into the storm drain. Traffic was very slow, about 2 mph. A fellow who was driving a class 6 or 7 (like an F600 or a C70) flatbed truck in the westbound lanes of I-94 right across from us somehow managed to roll his truck over onto its left side. He had 2 cylinders of compressed gas on the back of the truck. One cylinder held oxygen, the other cylinder, acetylene - for use with a cutting torch. He had neglected to install the protective caps over the valves on the cylinders. When the truck rolled over, the unprotected valves hit the pavement and the gas in the cylinders was released. A dense fog of oxygen mixed with acetylene shrouded the truck within seconds. I looked over at the firefighters to see what they would do. They were lying face down on the shoulder because they knew how explosive a mixture of oxygen and acetylene is It was their duty as first responders to survive any explosion which might occur so that they could render assistance to any other survivors, I think. In any case, it was a very unpleasant situation. Very dangerous. The thought that I was about to die along with a lot of other people came to mind. I knew I couldn't outrun the explosion if there was to be one. Across I-94 I could see the driver of the flat bed struggling to escape from his overturned vehicle, so I started, very unwillingly, to cross the expressway to help him. As I was trudging along Gasper and the tow truck driver came charging by full speed ahead. About 30 seconds later they had lifted this guy out of the wreckage of his truck. The point I'm trying to make, your honor, is that when things were real tight, when survival was truly in question, my friend Gasper Fiore came charging in without hesitation to help the guy that needed help even though the guy who needed help was the negligent moron who created the crisis in the first place, putting other lives in jeopardy. That's what kind of guy Gasper Fiore is.

Your honor, thank you very much for your time.
Sincerely,
Isidor Strom
Crystal Auto Parts
Dearborn, MI,
Local: (313) 584-8008

A-8

February 27th, 2018
The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Your Honor,

I am aware that Mr. Gasper Fiore has plead guilty to a federal offense of giving money to a public official. I will not pretend to know the circumstances surrounding this offense, nor will I look to make excuses for his actions. However, I would like to let you know a little of the man I have come to know and respect over the past 6 years, a man I consider to be a dear friend.

I am a mother 5 children, 4 biological, and an recently adopted 11 year old son from Methodist Children Home Society in the Metro Detroit area that I came to know and love from my time volunteering at the children's home for abandoned children.

I met Gasper when I was a waitress at a restaurant in Corktown, Detroit. I am the type of person that does not make friends easily. For me, friendship is about loyalty and respect. I suspect I'm a little bit like Gasper that way.

As an outsider looking into Gaspers world, I saw a man with an insane work ethic, loyalty to his friends, and a deep love for his community and family.

The Gasper I know would buy a homeless man dinner when no one was watching. The Gasper I know gives of his time and money to friends, no questions asked. I've witnessed his generous tips to a single mother waiting tables and struggling to make ends meet. I've seen his truck full of food and pumpkins given to children at Halloween.

When I was volunteering at Methodist and my husband and I started the process of adopting Trevion, Gasper was our biggest supporter. I could feel it in the way he asked about him, in the way he supported us through the long process. I so much appreciated Gasper, that before this came out in the news, my husband and I discussed making Gasper Trevion's godfather. The way that I witnessed Gasper helping those less fortunate is how I want my children to grow up. I want them to help out those in need, and to do it with a smile and not looking for recognition. I want my children to grow up with a sense of loyalty and respect. As the Gasper I know is still the same man I met 6 years ago, I still want him to be the Godfather to Trevion when this is all over.

Your Honor, I ask that you consider using this sentence as an opportunity to better our society. I humbly ask that you consider community service instead of incarceration. At Methodist Children's Society, there are over 60 disadvantaged and scared young boys that would benefit from the help of someone like Gasper. As I'm sure you are aware, statistics say that 80% of these young boys will end up homeless, in prison or dead. Some of these boys will soon be

A-9

turning into young men with no place to turn. Their families, and we as a society, have all abandoned them.

These young men deserve a chance at a better life, and through you Gasper would be able to help through employment, mentoring and providing resources for these young men. What better lesson than to take something good from this. There are too many hurting in our community, and not enough men like Gasper with the resources or the heart to help them.

I would not give up my son Trevion for anything in this world. He is a sweet young boy, who is thriving in Northville schools and making friends like a normal kid. Without a doubt, he would have been part of the 80%. His siblings? Their are 13 of them, all but a handful are either in prison, or dead.

Your Honor, I know what Gasper did was wrong, I have seen his sadness & remorse. I also believe, with all I am, that he is a good man. I humbly ask that you use this as an opportunity to help these young men.

Respectfully,

Maria Gielow
23164 Kirkland Court
Northville, MI 48167

The Honorable Robert H. Cleland,
United States District Judge
United States District Court,
Port Huron,Michigan

Dear Judge Cleland,

My name is William Darnell and I retired as a D/Lt. with the Michigan State Police back in 2010.
I am writing this letter in support of Gasper Fiore as I consider him a friend for many years. I do
know that Mr. Fiore has pled guilty to a federal offense of giving money to a public official and
he should be judged accordingly. However, there a several things about this man's "good
character" that should be taken into account at his sentencing.

I have known Gasper Fiore since 1984 when I was a Trooper at the Detroit Freeway Post. I dealt
with him since he was the owner of Boulevard and Trumbull towing company and we used his
company while working the Detroit Freeways. On several occasions, Gasper himself would
come out to tow a car for us. He was a very hard working person who put in many hours. On
several occasions, we would ask Gasper for donations to a Michigan State Police function and he
would generously donate to it.

Throughout the years after leaving the Detroit Freeway Post, I maintained a friendship with
Gasper but did not see him much. I was promoted to D/Lt. of the Western Wayne Narcotics Unit
in 1994 and again, we would use Boulevard and Trumbull for our towing needs and evidence
storage. We continued to use him while running the Western Wayne Auto Theft Team and I then
retired in 2010. Throughout these many years of knowing Gasper, he was always a generous
man who donated to many Michigan State Police fundraisers and functions along with other Law
Enforcement functions.

In closing, I consider Gasper Fiore a close friend whom I would do anything for. He is a hard
working man whose work ethic is second to none. He is loyal to his friends and is very loyal to
the Michigan State Police. He is also a great family man. If you ask him about his grandson,
"Little G", his face lights up like a Christmas tree. Since he has been charged and eventually
pled guilty, I have not seen nor talked to Gasper, but he is a man of honor and will take
responsibility for his actions. Your Honor, in my faith, we are all "broken" and we all make
mistakes. Gasper Fiore made a mistake and he is willing to pay for it. Any consideration you
can give to him would be greatly appreciated.

A-10

Thank you for taking the time to read my letter and God Bless you and your family.

Sincerely,

William J. Darnell
47539 Belford Ct.
Canton,MI 48187
(734) 718-5007

Robert Bear
9419 Dixie Highway
Fairhaven, MI 48023

February 20, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, MI

Dear Judge Cleland;

I "Robert Bear" have known Gasper Fiore since November 26, 2016. The reason I know this date is because it was the day after my business partner was killed in a fatal car accident.

My heavy equipment yard was across the street from Gasper Fiore's yard. Gasper came across the street and offered to help me out, so I would not go out of business.

His help saved my way of life and allowed me to carry on my partners legacy. Ever since that day I have worked on all of Gasper's equipment pretty much every day.

He is one of the most honest people I have ever worked for. I have rebuilt engines, cushers, excavators, and a menagerie of other heavy equipment that a construction company may deal with and he has always treated me with respect and kindness.

Gasper is in a tough business and employs many skilled workers to complete his contracts.

If Gasper was not in that neighborhood getting jobs, contracts, and rebuilding old buildings, the whole area would see an increase in unemployment and despair. Many people in that area do not have the skill sets to fit into society or a regular job. Thanks, to Gasper's generous personality and hard work ethic. Gasper spends a lot of his day with his employees some he feels helps to keep them straight and out of trouble.

No one and I mean no one would take the time to give these people a chance. It's just the way he is giving back to the community.

Gasper is loyal to a fault, if any of his employees, or friends need anything he does not hesitate to help in any way that he can, if someone needs a job he finds them one.

Men like him are getting very rare, I need him, the neighborhood needs him, and the city needs him. He is the only person or company that has never tried to cheat me out of anything. His word is all you need. Gasper pays his bills, he never asks for any handouts. He only wants the right to go to work and make a living in a tough, tough, business.

Thank you, Your Honor, for taking the time to read my letter.

Sincerely,

Robert Bear

Robert Bear
586-405-7855

A-11



The Honorable Robert H Cleland

United States District Judge

United States District Court

Port Huron, Michigan


Re: Gasper Fiore

Dear Judge Cleland,

I have known Gasper Fiore for over 30 years both as a towing service provider for my company and as a personal friend. I was saddened to learn of his legal problems and his guilty plea for giving money to a public official.

Gasper and his company have provided and continue to provide exceptional towing services for my dealerships. They are always willing to go the extra mile to do whatever it takes to satisfy a customer or help us out of a bad situation, day or night.

That do whatever it takes culture in his company comes from the man behind the company. Gasper Fiore is one of the hardest working and humblest men I have ever met. His companies have been successful because he leads by example and works until the work is done. He doesn't sit in a comfy office expecting others to do things that he won't do. On any given day you'll find him working an accident scene, helping the police clear up an overturned tractor trailer, or any other job that needs to be done.

In addition to being a hard-working man, he is also a loyal friend that is always willing to lend a hand. I have called on Gasper countless times for assistance and he has always been there to help, never asking for anything in return. In all of my dealings with him he has always acted with honesty and integrity.

As a husband, father, grandfather and businessman he worries about the future of his family and the company that he has worked so hard to build. His legal problems have taken a significant toll on him and his family. There isn't a single day that he does not regret his actions.

Your Honor, thank you for reading this letter. I hope that you will take my comments into consideration when making your decision regarding sentencing.

Respectfully,

Robert Gagliano

Robert Gagliano

Dealer Principle

19900 E. Nine Mile Road, St Clair Shores Michigan 48080
Telephone (586) 772 – 8200
Facsimile (586) 774 – 1960
www.genesiscadillac.com

A-12

Mrs. Kimberly Cockrel
4815 Avery
Detroit, MI 48208
313-737-5895
kcockrel@aol.com

Dear Honorable Judge,

A wise man once said that on the way to finding truth, one discovers life. Gasper Fiore's business was his life. He would work shoulder to shoulder with his employees—many of whom are Detroit-based. He was on call 24 hours a day, 7 days a week. He knew every employee and kept up with their personal lives. I know because I would see him sometimes on a run with his crew way after business hours-sometimes around midnight or later.

Being a native born Detroiter-himself, Gasper recognized that skilled labor and working with your hands was an honorable profession. He grew his small shop to a big organization. He encouraged and promoted employment from all spectrums from the employment rainbow. He particularly hired people who would have had a harder time getting employed elsewhere. He had many females in leadership roles and was a consummate gentleman. His college educated daughters (sometimes wearing pink ball caps) were always taught how to change a customer tire or hook up a big rig for tow.

As a veteran Detroit Public Schools (now DPSCD) teacher, community organizer and former first lady of the City of Detroit, I can attest to his commitment to keeping his many employees working by always trying to grow his business. I know Gasper to be a conscientious and dedicated employer. He took time to host company picnics, staff turkey giveaways and his annual staff Holiday parties were stuff of legend.

Having known him for more than twenty years, I can attest to Gaspar's character and work ethic. Without his diligence, hundreds of people would not be members of a productive society. He has touched so many lives with his business acumen, generosity and goodwill.

Please let this letter serve as testament to a side of Gaspar not being told. He is more than just a contractor. He is a man of vision who had a dream of making his company grow and grow it did. He also wanted to get able bodied-people a chance at earning a fair wage. He used to say I want an honest day's work so I can give an honest day's pay.

I hope that his years of good deeds and stellar performance as a contractor can be looked at as he throws himself on the mercy of our judicial system.

Eleanor Roosevelt once said she believed in the beauty of her own dreams. As I close this letter, I am reminded of Gaspar's dream of growing his business just to keep his people working. He is beloved and I know his staff will miss his leadership and conflict-resolution skills with the not so hospitable public.

With every good wish,

Mrs. Kimberly Cockrel, MAT

Live simply...love deeply

A-13

April 5, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Dear Judge Cleland,

It is unfortunate that I start my letter acknowledging that I am aware that Mr. Gasper Fiore, has plead guilty to a federal offense involving giving money to a public official.

I realize you have most likely have received many letters for Gasper, all written on his behalf, all with a common theme. They undoubtedly talk about his character, the type of man he is...kind, caring, selfless, hardworking, giving, and a family man. I have thought long and hard about my letter, my testament as to who Gasper is and what he means to me, all in hopes that the true man he is will in some way help him as he faces one of the hardest days in his life. I cannot write this without saying that I do not write it only from me, but from my family. Gasper has touched the lives of my entire family including my 83 year old handicapped mother. Gasper to me is like family. Family is a strong word, an important word. Family is someone you can count on, someone you feel secure with, someone you respect and someone you care deeply about.

Gasper has done countless things for my family. He is my husband's best friend. He first came to know my husband and our family over 10 years ago. He helped my husband when the economy took a downward trend and many people experienced financial hardships. At that time, my husband's business was in serious trouble, our family was in trouble. Gasper took a chance and believed in him. He worked hard for him and with him. He proved that he was a good friend, like family. My husband and Gasper have a strong friendship and help each other out nearly every day. They share a common work ethic, they work hard...they never ask of anyone to do something they themselves would not do. They are guys that are "in the trenches". They both came from nothing and built what they have because of their hard work and work ethic. They built their business because of the respect that they have gained in their respective industries. Despite all the negative press focused on Gasper, he is still respected in the community he is such a big part of. People that know Gasper know that he is a great man and will never waiver on their views of him. I always have thought that young children and old people are a true judge of character. I can tell you that kids gravitate to Gasper and even though my shy, 83 year old mother who has a difficult time expressing her self because of suffering a stroke is able to say..."I love him"! We all love Gasper. He is part of our family and we share with him the good times and the bad.

A-14

This has been a very difficult time for Gasper and for those who love him and care about him. In my eyes, everything he has been through during this unfortunate time has been punishment enough. I am amazed at Gasper's strength during this time and his continued ability to carry on...I am sure he is doing it for his family!

I thank you for taking the time to read this letter. I am hoping and praying that you will see Gasper for the real person he is. I am sure that his good qualities outweigh any bad that he has done. The world needs more "Gaspers" and I hope that he will be free to carry on all the good that he brings.

Sincerely,

Kelly Sakalian and Family
6462 West Oaks Drive
West Bloomfield, MI 48324

February 13, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Dear Judge Cleland,

I am writing you this letter for consideration in regards to Gasper Fiore. I understand that Gasper has plead guilty to a federal offense involving giving money to a public official. That said, I appreciate in advance you taking a moment and reading this letter.

Through work I have had an opportunity to get to know Gasper. He is a trusted customer of both mine and our organization. Our relationship began approximately 15 years ago and is stronger today than ever. When thinking of writing this letter I wondered how to articulate what Gasper has done for me and my family.

To begin, I have never met such a hard working individual. That is absolute. Six AM in the morning or 10 O'Clock at night; he is someone that you can unequivocally count on to do what he says he will do. Additionally, I have never met someone with as big of a heart as Gasper. He is the example of the phrase "give you the coat off his back." He truly would, with no exception.

Gasper cares for his family in a way that is both respectful and respectable. The way he lights up when talking about his grandchildren is incredible. I have had the opportunity to spend some time with his grandson and the way that he idolizes his grandfather is amazing.

Lastly, as you go through life with the ups and downs, Gasper is a guy that I will always want at my side. He will always be there for both myself and my family and I say that with 100% conviction. His friendship does not waiver whether you have a lot or a little, having a good day or bad, going through tough times or the best of times.

So what has Gasper done for me and my family? Mainly, just watching him has made me a better man, husband and father. How cannot I not be a hard worker when being around him. How can I not value my wife and kids when watching him. How can I not be as good of friend as possible to my friends when seeing how Gasper acts. In other words, in many ways I look up to him.

My 84-year old dad told me a long time ago that you cannot only love people for the right they do to you but the mistakes they may make as well. Otherwise, none of us would be loved by another. I know Gasper made a mistake but I will take my dad's advice and continue to love him for all the great qualities that he represents.

I appreciate both you and the court taking the time to review this letter. It is my hope that all the good that Gasper has done when no one is watching is taken into consideration when he being judged for his mistake.

Sincerely,

Stephen Whirley

A-15

Date: 02/23/2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Dear Judge Cleland,

I am aware that Mr. Fiore has pled guilty to giving money to a public official. Mr. Fiore's guilty plea has not changed my opinion or my personal feelings towards him in any way.

I have known Mr. Fiore for over 7 years, our relationship started out as a business opportunity and developed into a great friendship. I have personally witnessed Mr. Fiore's generosity and compassion to the homeless and less fortunate throughout the city of Detroit.

He is the type of person that would selflessly give to others in need. For instance, one time, a man was walking along Michigan Ave and it was very cold, the man did not have a coat and Mr. Fiore pulled over and gave this person his coat. This is only one of many times I have witnessed his generosity.

While spending time with Mr. Fiore, it became apparent that he has a deep and loyal love for his family. I have had the privilege of meeting his daughters and grandchildren and see they feel the same about him.

His current situation has had a great impact on him physically and emotionally as well as his family. Recently I had a conversation with him and I could see how remorseful he really is. He does understand that his actions have not only affected him but his family, friends and community.

In closing, Mr. Fiore is a good man. I feel that he could better serve the community in a positive manner other than being sentenced to jail time.

Judge Cleland I would like to thank you and court for any consideration you could give to my letter.

Respectfully,

Bobby R Nicholson
734-309-2840

A-16

Dear Judge Cleland

I'm not one to get in the middle of people's legal trouble, but   in this case regarding Mr Fiore.       I have personaly known Mr Fiore since i was about 7 years old . He has done alot for me over the years . I understand what he has done .It's    not too good .But i can say when people call him and ask him for his help he's the first one to go and help I have worked around him my whole life I am now 43 years old now . I've seen people ask him for stuff before and was thinking to my self why do you always have to give to people . Nobody ever thinks of all the nights he has worked all night long and then work all day long to make what he made in the city of detroit, not to even mention all the help he has had his staff go do. Like cleaning up vacant    lots and helping the homeless with jobs and a meal to eat and being a truly    good and decent    guy to many who had nothing. He was always there to help his staff and their families. From loaning them a car to get around until theirs was fixed or giving them a small loan to get them out of a situation. Never demanding anything in return, just saying pay me back when you get can. Not very many people out there in the world are that generous or helpful to the people around them, let alone a stranger off of the street.

 Now I will tell you my story of Gasper and myself . He has been like a 2nd dad to me or a big brother. He and his family are my extended family. He brought myself and my family into his. He treats us all as if we are blood even though we are not. If I am wrong or make a mistake Gasper tells me just tell the truth. He taught me to own my mistakes and was there to guide me or tell me how to fix the situation. Like when i moved out state and i needed to move back he was there and when my twins where born he was there to help, him and his family . Bad people don't do that . I know he did some things but if the court would look at all the people in detroit that he helps with a job and the kids he has told to come to the yard and he would let    them    work and train them to support themselves. If it was not for Gasper Fiore and the oportunities he gave me when I was growing up I would

A-17

not know all I know now about    Towing and Recovery. He took me in and showed me how to work hard , To not be scared to do the jobs others won't do. He kept me off of the streets when my own family disowned me. Even now with all he has going on, He checks to be sure my kids are going to school and getting their education, or asks how my wife is doing. A person only out to make a dollar or expand his personal portfolio , does not do that.

I am pleading with the court to look at the man in front of you as a person not a crime. You may see what so many see. He has just done what was asked of him by others that took advantage of a bussiness man just trying to keep his doors open so he can continue to give to the people of the metro Detroit area. You may not see him as perfect, I am not asking you too. Just look at the entire situation. If others in athority where not constantly trying to make a dollar at anothers expense this may not have occured.

Sincerly,

Frank Havier

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

March 19, 2018

Your Honor,

I have known Mr. Gaspar Fiore for over 35 years. I was a young Police Officer for Wayne State University and Mr. Fiore was driving a tow truck for the Sunoco service station at Trumbull and W. Grand Boulevard. I would like to take this opportunity to speak on Mr. Gaspar Fiore's behalf.

For over 35 years I watched as Mr. Fiore went from a tow truck driver. To the owner of one of the nation's premier tow companies. I have also watched as Mr. Gaspar Fiore became a sponsor of many charitable endeavors. Specifically, to my knowledge, of Most Holy Trinity Catholic Church and its outreach programs and the Detroit Metro Police Emerald Society and it's charities. I have also seen his interactions with the destitute on the streets of Detroit; where he opened his wallet to help them. I have also seen him help them by buying them meals at area restaurants.

His treatment of his employees and their families is just another area in which I have personally observed him. He has helped them with medical bills and educational opportunities as well as keeping food on their tables. I know they are, as am I, now greatly worried and upset about Mr. Fiore's current state of affairs.

I know your Honor is very busy with the affairs of the Court. I will close with my knowledge of Mr. Gasper Fiore as a very compassionate and extremely hard working individual. Who, I feel merits the consideration he has so often shown to others.

Sincerely,

*Robert W. Barron*

Robert W. Barron

A-18

# John Gagliano

1993 8th Street South
Naples, FL 34102
239.770.5634
boatjunkie@gmail.com

February 20, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Dear Judge Cleland,

I am writing this letter in hopes to share insight of a friendship that has continued for 50 years. It was 1968 when my family moved next door to the Fiore's on Springle in the east side of Detroit. At first, I thought that all the neighborhood kids hung out at the Fiore's, however, I quickly learned that they were all brothers and sisters all 9 of them, at the time. Didn't take long before my brother, two sisters and I became friends with Gasper and his whole family. We moved away after a couple of years and lost connection until 1982 when my wife was delivering our second child at St John's Hospital and Gasper was there with his wife who was also delivering their firstborn daughter, Jennifer. From that point on we rekindled the friendship and because of our closely related industries we used each other's services up to 2014 when I sold Collex Collison Experts. Collex wasa company I started in 1975 and grew to 21 locations from Michigan to South West Florida before selling it to Gerber Autobody and Glass, a publicly traded entity out Canada.

Just a little history, I understand that Gasper has pleaded guilty to a very serious federal offence involving giving money to a public official, and I do not know all the details, however, I do know that Gasper is one of the hardest working individual I have ever met. Even though he had grown his business and was very successful his work ethics have always been the same. You could always find him with his staff at the scene of an

A-19

accident at all hours of the night or day working close with law enforcement officials toclean up the scene and get traffic safely running again.

In addition, it would be hard to find an individual as kind, caring and considerate towards others in need. Many years ago, our company had started a program called Collex Wheels of Hope, where we would fixup older used cars and give them to single parents in need of good transportation as a hand up in helping them become productive members of our communities. Along with the car we would also provide them with gas cards and gift cards for food, we would also pay for their insurance whatever they needed to help them. Many of the people we helped were mothers with multiple children, some with healthcare needs that required constant doctor visits and hospital care, and really in need of safe transportation. My friend Gasper was there year in and year out supporting the events by donating cars, parts and funds, we could always rely on Gasper to help out with whatever we needed to help someone in need.

Knowing Gasper as long as I have, his involvement and actions in this matter appear totally out of character, however, him taking responsibility of his actions and admitting his faults and repenting is not. I have no doubt how remorseful and shameful he feels for his actions, let alone the pain he has put his family and friends through as well as everyone associated with him.Overall Gasper is all of the above and more and even though he is a tough and competitive businessman he is well liked and respected by all that have ever done business with him including most of his competitors.

Your Honor, thank you for taking time to read my letter, if I may I would ask that you consider these words and me sharing from my heart about someone that yes, screwed up, however, I can assure you that he would never put himself in such circumstances ever again.

Respectfully,
John Gagliano



14450 Scripps Detroit, MI. 48215 313-737-9311 steve@roninamerica.net

**The Honorable Robert H. Cleland**

**United States District Judge**

**United States District Court, Port Huron Michigan**

**Licensing and Regulatory Affairs**

Re: *Gasper Fiore*

Dear Judge Cleland:

I am aware that my good friend Gasper Fiore has pled guilty of a Federal Offence of giving money to a public official. This in no way diminishes my opinion of him. I have known Gasper for 8 years. In my role as a Sunday School Teacher, I lead a College Tour each year during spring break. Our motto is "*everybody who wants to go goes*". Gasper Fiore is one of the reasons we have been able to say this. Gasper has generously paid for kids who could not otherwise attend. These children have gone on to graduate from college and become productive members of our society.

Please be lenient on my friend and supporter of Detroit's youth/

Sincerely,

Steve Hood, Host and Producer of Detroit Wants 2 Know.







A-20

March 5, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Your Honor,

I am writing in regard to Gasper Fiore who has pleaded guilty to the federal offense of giving money to a public official.

I have known Mr. Fiore for over thirty years. In the City of Detroit we have crossed paths many times, mostly in our business connections. Over the years I was the owner of Agar Inc. and I was able to do work for and with Gasper Fiore.

There was never any problems with contracts and he always was professional in his dealings. I would do business with him anytime as he was always current with payments and he handled the details and concerns with courtesy, honesty, and good solutions.

He has done so many good deeds for people. People talk so highly of him.

Gasper Fiore is truly sorry for his participation in this crime. It has had devastating consequences to his daily life— but mostly it is evident that he is so sorry he has caused so many people problems because of his actions. He is so completely consumed with guilt over this ! His family and friends mean everything to him and he knows he has let them down tremendously.

I would like to say a work release program would be an alternative sentence. Also, instead of that he could initiate some program to keep our children on the right track and use his skills for training young people towards jobs and a better life.

Sincerely Yours,

Robert Agar

A-21



# US AUTO SUPPLY INC.
## All cars run on USed parts

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, MI

February 22, 2018

Dear Judge Cleland,

I am aware that Mr. Gasper Fiore has plead guilty to a federal offense involving giving money to a public official. I can honestly say that, knowing about the offense, does not change my opinion about Mr. Fiore.

I have known Gasper for the past 15 years. My company (US Auto Supply, Inc) has had and continues to business together with the Fiore's and their organizations. Over the years of doing business with Gasper, he's been fair to work with and also made things easy to get done. Gasper has an unbelievable amount of experience in the towing business and has shown his and my employees how to tow vehicles and how to operate equipment in a safe and efficient manner. Anytime that I've ever needed Gasper for anything, he himself was there without question at any time of the day or night.

It is very unfortunate that Gasper has put himself, companies, family and friends in this situation. It has truly effected hundreds and hundreds of people. I know Gasper on a personal level and consider him a friend. He and his family have been affected from his activity and I could tell you that the remorse for his actions run deep.

I would like to thank you for your time and ask for some consideration to this letter. Gasper and his companies have been an asset to the community and have been serving the community for the last 30 years.

Regards,

Brad A. Horton, President
US Auto Supply Inc.
2346 West Warren Ave.
Detroit, MI 48208

2436 West Warren
Detroit, MI 48208
(313) 894-1194
usautosupplymi.com

7575 18½ Mile Road
Sterling Heights, MI 48314
(586) 731-1616
usautosterlinghei A-22

2-16-18

To: The Honorable Robert H .Cleland
    United States District Judge
    United States District Court
    Port Huron, Michigan

Your Honor,

I understand that Gasper Fiore has pleaded guilty to illegally
paying money to public officials. I am 74 years old and the former
owner of Colville Electric Company for 42 years before I retired. I
have known and worked for Gasper Fiore for many years. I
personally can tell you he is a kind, generous, and good person. He
would help anyone at any time and I have seen this with my own
eyes . He has always been 100 percent honest with me. He is a
hard working person. He is always working from morning to night.
He never stops.

His employees love him. He employs many people and makes it so
they can buy homes, send their children to college, and live the
American Dream. They depend on him.

I am writing this letter from my heart.
Please do no send him to prison.

Sincerely,

James P. Colville
15210 Toepfer
Eastpointe, MI 48021

A-23

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

February 28, 2018

Your Honor,

I am aware that Mr. Gasper Fiore has plead guilty to a federal offense involving giving money to a public official. I would not pretend to know the circumstances surrounding this offense, because I really don't know a lot about the federal legal system. However, I consider myself a very close friend of Gasper for the past 10 years, and I have sensed myself the great sadness and remorse he feels about the situation he has found himself in and the impact it has on his family, friends, employees and the community he so dearly loves and cares for.

I am certain you have an outpouring of letters that say mostly the same thing about Gasper; a kind, generous, hard working, dedicated family and business man. I have all these things to say about him too. I could write pages and pages but I sincerely believe that at the heart of the matter is a selfless man who does most of what he does for the benefit of others, not himself.

I have been married to my husband for 33 years and we have 4 beautiful children. Both of us have worked hard in our careers our entire married life to support our children. As a mother, I have felt at times that I would do anything to protect and care for my kids and the people I truly care about. Gasper is an example of that. Maybe to his demise. My heart breaks for him and I simply cannot imagine him suffering the consequences of being faced with incarceration. He is not a criminal in my eyes, he is a gentle, quiet, selfless man who deserves to continue to give his great talents to our community in some way that will allow him to show how truly sorry he is. I sincerely hope you will give consideration. My father was also a respected self employed business man all his life and I can remember when he died at the age of 75 realizing that Frank Sinatra said it all about my father's life in his beautiful song: "My Way". This is also true of how I think of Gasper's life. I pray for the best outcome for Gasper as he is loved and respected by my family and so many and deserves a second chance.

Sincerely,

Sandy Mulvihill
6129 Lake Waldon Drive
Clarkston, MI 48346

A-24

February 18, 201&

The Honorable Robert H Cleland
United States District Judge
United States District Court
Port Huron, Michigan

**RE: GASPER FIORE**

Honorable, Judge Cleland,
I am aware that Gasper Fiore has pleaded guilty to a federal offense, involving giving money to a public official.

I met Gasper Fiore round about 15 years ago we were at the same place eating lunch. It appeared we knew some of the same people and therefore we were introduced to each other. After that day we would run into each other at other venues, we began to communicate with each other and a friendship developed over time.

Over the years I have known Gasper Fiore, I have witnessed him donate money to support the Northwestern High School Girls Basketball program on more than one occasion. I witnessed him give individuals a job, give of his time & resources to help community and even help total strangers. Gasper Fiore is not just a business owner, he is a kind man who works just as hard as any other man and he loves his family.

When I last seen him, he was with his family. I asked how things were going and he mentioned his remorsefulness and how bad he feels. Before he could mention it, I noticed how this situation has affected his family.

Again, I have known Gasper Fiore for some time and I still believe he is a good man.

I would like to thank the Honorable, Judge Cleland and the court for its time in accepting and hopefully, considering my letter of support for Gasper Fiore.

Sincerely,

Terence Brewer

A-25

Michael Wyatt

5585 N Stony Creek Road
Monroe, MI 48162
734-770-7221
mike.legacydefenseconsulting@gmail.com

April 9, 2018

The Honorable Robert H. Cleland,

I would like to thank you for taking the time to review my letter regarding Gasper Fiore. I am aware that Gasper has plead guilty to a federal offense involving giving money to a public official. It has not changed my opinion of Gasper or the respect I have for him. Gasper is one of the hardest working men I know, I first met Gasper in 2012 in Greektown, and worked for him in 2014 creating a warehouse for the inventory of used automobile engines and transmissions. Gasper currently employs my daughter Amanda Wyatt. Gasper is a very quiet and generous man, his work ethics are superior to this current generation. Gasper has always treated my daughter extremely well as well as myself and those he comes in contact with. Gasper is very focused on providing services that help the general public. I know this incident is not in any way a reflection of his integrity and character.

I have all the confidence in Gasper and one day would like to be mentored by him. I would like to thank the court for its time and I would only ask that The Honorable Robert H. Cleland give some consideration to my letter. Society needs men like Gasper Fiore to continue to remain free and provide the many services he does on a daily basis with a servants heart.

Sincerely yours,

Michael Wyatt,

A-26

The Honorable Robert H. Cleland

United States District Judge

United States District Court

Port Huron, MI

Dear Judge Cleland,

I am aware that Mr. Fiore has plead guilty to a federal offense involving giving money to a public official. I met Mr. Fiore through the Michigan Towing Association in 1999. I was privileged to work for Mr. Fiore as a towing broker/contractor. I have also been a direct employee for a period. Mr. Fiore supplied the work for my trucks at times, I drove several of his trucks and equipment at other times.

I have elected to remain in contact with Mr. Fiore because of the character he has displayed since I have done business with him and his constituents. Mr. Fiore inspired me to always set obtainable goals and work towards achieving them, He has brought a high degree of professionalism and dignity to our towing industry. His character of excellence and establishing industry protocol is known and respected all over the country. He always held distinguishing standards which resulted in his leadership and role model image amongst up and coming towing companies. He has also been an inspiration to those who were already in the business and desired to go higher.

Mr. Fiore's hardworking and perseverance mindset, have directed many youth's seeking to be successful in any business venture they are trying to establish. Since Mr. Fiore has admitted to the federal charges, I noticed a new side to him. He has been more humble and considerate of his actions and how they affect others. The towing industry is filled with men & women that are in desperate need of a positive role model. In my opinion and based upon working closely with Mr. Fiore, he has been that role model for many over the years. However, because of him admitting his wrongs, I believe he has added another layer to his character. Most people are too proud to admit when they have messed up. Not only has he taken ownership of his actions but I see him changing for the better.

In the future, I sincerely believe Mr. Fiore will continue to positively impact the towing and transport industry in America. I would like to thank the court for its consideration and time in reviewing this letter.

Sincerely yours,

Anthony L. Williams

A-27

Amanda Wyatt
5585 Stoney Creek Rd.
Monroe, MI 48162

February 20, 2018

Dear Honorable Judge Cleland,

I am writing you today regarding Gasper Fiore. I acknowledge to you and the court that I am aware that Mr. Fiore has plead guilty to federal offense involving giving money to a public official. This offense against Mr. Fiore does not change any opinions or my respect I have for this man.

I have known and worked for Gasper Fiore for almost six years now as I started working for him in October 2012. Within the six years of working for Mr. Fiore I have come to know him very well and I can honestly say that he is the hardest working man I have ever met in my entire life with my own father coming second to him. This man literally does not sleep. Myself as well as my fellow employees joke about how our boss only naps and never sleeps. Gasper is not the kind of boss who lets their employees do all the work, he is right alongside grinding away at the work day with his employees.

I come from a family where hard work and morals are very important. I believe in my heart, this why I personally have the kind of respect I do for Mr. Fiore. He is a very hardworking family man who treats his employees like they are a part of his family. Mr. Fiore has always showed his generosity by donating to various charities and organizations mainly in the city of Detroit. He is a man who has always strived to give back to his community.

I myself can say this man is not only my boss but a role model and I would not be where I am today without his support and guidance. On a personal level I am a single mother of one beautiful seven-month old baby boy that I work extremely hard to support by myself. Mr. Fiore knowing my situation and struggles of the cost of living as well as day care has allowed me to bring my son to work with me every day. I could not be more grateful to have such a kind hearted man as my employer. I just recently just got my own house due to the assistance of Gasper. He proudly provided me with a personal loan for my down payment on my house so I could close on it in agreement to pay back the amount once I received my tax money. It is just circumstances like this that shows how big of a heart this man has.

Reading the news about the case for the first time was devastating to me but not once did it change or distort my loyalty, emotion, or respect I have for Mr. Fiore. The days to follow you could see the emotion of remorse and sadness displayed all over Gasper's face. We are all human and everyone makes mistakes and clearly it showed Gasper knew he made a mistake. I feel that enough of a punishment has already been rendered in account of this case and in my heart feel it would be a shame if Mr. Fiore was given prison time. I am asking for your Honor as well as the court to take my letter into consideration to get the depth of who Mr. Fiore is on account of my testimony. I want to thank the court for its time and consideration.

Sincerely,

Amanda A. Wyatt

Amanda A. Wyatt

A-28

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Dear Judge Cleland,

I am writing to you in regards to Gasper Fiore.

Let me begin by stating that I am aware that Mr. Fiore has plead guilty to a federal offense
involving giving money to a public official.

Through business activities, between our employers, I have known Mr. Fiore for well over 35
years. Our relationship has been mostly as business associates, though I would consider us
both business and personal friends.

Mr. Fiore has always acted in a professional manner in our business dealings, providing the
highest level of service, with his personal attention focused on our needs.

Mr. Fiore has been a loyal service provider, often times being hands on with the tasks at hand.
He has treated my employer and my family with generosity and kindness in his relationship with
us. He has great regard for the needs of others,  putting their needs ahead of his own.

Mr. Fiore has spent decades providing services to countless customers that include local,
county, and state police departments, both in emergency and non-emergency situations, while
working on a safe and reasonable solution to whatever situation presented itself. These services
were provided 24 hours a day, seven days a week, weekends and holidays, some in the name
of concern for public safety, but always putting those needs ahead of his own.

My confidence and trust in Mr. Fiore has not wavered, it is as strong today as it ever has been.

I would like to thank the court for its time, as well as Your Honor's , and ask that you please give
some consideration to my letter in this case.

Respectfully submitted,

William F. Ryan
7016 Stonebrook Court
Canton, Michigan 48187
(313) 549-3870
wfryan67@gmail.com

A-29



**Angelo Iafrate Construction Company**
26300 Sherwood, Warren, MI 48091 (586) 756-1070 ∘ Fax (586) 756-0467

February 15, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Dear Judge Cleland,

First, as a contractor I was extremely disappointed to learn Casper Fiore had given money to a public official attempting to gain favor. I am confident he will regret his self-serving act of weakness for the rest of his life.

I met Mr. Fiore through a mutual friend many years ago. Although our company does not do business with any of Mr. Fiore's company's I have had the opportunity to observe Mr. Fiore many times before making the decision calling him a friend. I always observe how any individual treats people they are not trying to gain favor with or impress to determine the kind of person they are. Mr. Fiore has always demonstrated himself as a humble hardworking man without pretense that has keeps friendships for many years. Mr. Fiore doesn't act like a boss, Mr. Fiore built his business from his own hard work and continues to get his hands dirty working alongside his employees every day. The respect and admiration I see from his people is admirable and difficult to achieve.

Gasper is still my friend knowing he regrets what he has done, and this bad act does not change his positive character traits that make him a good person working harder than anyone I know while creating low skill jobs in Detroit.

Respectfully,

Robert Adcock
President

An Employee Owned Company

A-30

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Dear Judge Robert H. Cleland,

I am aware of the accusations and charges brought upon my dear friend, Gasper Fiore. I understand the federal charges that Mr. Fiore has plead guilty to, giving money to a public official. While this is out of character from how Mr. Fiore has presented himself to me personally, I do not have a changed opinion about him or our friendship.

For the ten plus years that I have known Mr. Fiore, things that stand out to me are how dedicated he has been to community, his family, including his daughters and his grandchildren, how great of a boss he was to his employees and what a hard and dedicated worker he was as a business owner. While the court may see Mr. Fiore as someone different, I see him as one of the nicest and most caring men I have ever met in my life. There are many people who can tell stories of how he generously helped them through some situation in their life. Specifically, one great deed this man did that will always stand out to me was when he loaded up trucks of bottled water and sent it down to New Orleans, Louisiana after Hurricane Katrina hit that area.

Throughout the years of our friendship, Mr. Fiore has always welcomed me into his home, his family and anywhere else I may have encountered him. I look at him as one of the most hard working and dedicated men in the city of Detroit. In fact, I can count on one hand of how many times I have seen him dressed in regular clothes because of his strong work ethic, he wasn't afraid to get dirty and work for his own company. Mr. Fiore worked very hard to get to where he is in life and I know that this case has caused damage to his integrity and to his family name- something he spent years building up to one of the most respected families in the Metro Detroit area.

In closing, I will reiterate that the Gasper Fiore I know is a loyal and dedicated man always to his business, his employees, his daughters, his grandchildren and to his friends. Because of these reasons, I still have the utmost respect for my friend and I am confident that this will not change his good character because that speaks for itself.

I want to thank the United States District Court and Honorable Robert H. Cleland for your time while asking you for your consideration of this letter during your review of sentencing.

Best Regards,

Michelle Trzin
1566 Cypress
West Bloomfield, MI 48324

A-31

S.H Mini Mart Inc.
7440 Dix Rd.
Detroit MI, 48209

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Your Honor,

I am deeply sadden and aware that Gasper Fiore has pleaded guilty to a federal offense which was giving money to a public official. Knowing Mr. Fiore he truly regrets doing such act which caused tremendous hardship on his family, business, and most important the trust of the people.

I have known Gasper Fiore since 2001. Gasper came to me in 2004 and asked me if he could start a fuel account with us. Without any hesitation I agreed because of his business reputation and honesty. I am currently doing business with Emergency Road Response and A-1 Scrap, businesses that are affiliated with the Fiore family. Through the years we have grown a strong relationship with Gasper. Whether he buys 1 gallon or 50,000 gallons of fuel a month, I know he will pay me.

Gasper Fiore work ethic is on a different level than anyone else. He'll work between 16-20 hours a day to provide of his family. Even though working all those hours, he still finds time to help out the needing and the city of Detroit. There has been many times where Gasper has been in the gas station and seen homeless people outside. Gasper will buy them coffee and something to eat. If someone is out of money and gas, Gasper will them $10 for gas. When Gasper comes in with his employees, he will pay for their beverages and snacks. During the winter months Gasper will plow the streets at least one mile in each direction of his properties and plow the neighboring businesses for free.

The past year and a half has been real hard for Gasper and his family. There is probably not a day that goes by that he regrets bribing that public official. I know he is truly sorry and never meant to hurt his family, his business, and the law. Moving on from all of this I know Gasper will do the right thing and he has learned his lesson.

Sincerely
Sam Hammoudeh

A-32

2/20/2018

To: The Honorable Robert H. Cleland

United States District Judge

United States District Court

Port Huron, Michigan

Re: Gasper Fiore.

Dear Judge Cleland your honor.

I am writing this letter after acknowledging that Gasper Fiore has pleaded guilty to a Federal offense of giving money to a public official. I would just like to say I have known Gasper, much like the rest of my family for a good part of my life. Not only would I call him a friend, I have in the past worked along this man's side for eight years. I would like you to know, he is dedicated to his profession 100% and has gainfully employed hundreds of families who have been treated more than fairly whenever anyone was in need. I have personally seen him help so many in need, it would melt your heart. He and his family are involved in many charitable endeavors, too many to list.

I am sure in your position there is quite alot of this type of crime on your docket and most have families that would testify to the integrity of that person. Although he has sacrificed most of his children's time while they grew up because he dedicated himself to this profession. So, yes he made a huge mistake and committed a crime that cannot be taken lightly. But he

1

A-33

has spent most of his adult life @ Boulevard & Trumbull on Vinewood and
Michigan Ave working hard. He has covered shifts when employees had
medical or family emergencies and has been right next to his wrecker
operators shoveling debries from the roadways and towing, helping traffic
resume so as many as possible could go home for dinner with their familes.
Due to this, he could not have dinner with his.

Please take this in consideration while determining sentencing. Although
the media portrays Gasper as a criminal he is also a dedicated father,
grandfather, brother, uncle and friend to many. Besides a weekly paycheck
to well over a hundred employees.

Thank you for taking the time to read this letter during your busy schedule.
Many of us are praying for your leniousy when it is time for sentencing.

Sincerely,

Chris Thomas

2

# Joe Renkiewicz

Broadway Express

4245 Miller Rd. Dearborn MI, 48126

**March 16th, 2018**

Judge Cleland
United States District Judge
United States District Court
Port Huron, Michigan

**Dear Judge Cleland:**

I currently have knowledge of and understand that Gasper has plead guilty to a federal offense regarding giving money to a public official.

This offense and current situation has not changed my opinion or outlook on Mr. Fiore. I have known him for a greater part of our lives and he has never convinced me of him conducting in unfavorable manors and I see this as an honest mistake. We have conducted business from time to time and it has always been honest business interactions.

Mr. Fiore has always had a work ethic amongst the best and he has always shown great devotion to his business and who he conducts it with. He has been loyal and fair to me since I've known him.

Since discussing and visiting him from the beginning of this situation I see nothing but regret for how everything has taken place. He understands what he did wrong and simply cannot believe he got wrapped up in it. I honestly believe him to feel this way and I hope that you take real consideration of the lives and people he has helped as I have explained in this letter.

Thank you for your time and consideration.

Sincerely,

Joe Renkiewicz
Broadway Express

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Dear Judge Cleland,

My name is Gary Kowalski, I am a Test Engineer employed by Exova in Troy, Michigan. I am writing to show my support and speak to the character of Gasper Fiore. I am fully aware of the charge and the plea of guilty by Gasper Fiore. I am also confident in his remorse for his actions.

When I first met Gasper, he was standing in the rain teaching his 10-year-old grandson how to work the controls on a backhoe dozer.

I've been doing business with Gasper Fiore for more than 10 years and in that time have developed a personal friendship as well. I have never met a more hard-working, dedicated, generous and well respected businessman.

I rely on Gasper and his employees for many tasks at my company. Gasper and his employees are always available during and after closing hours on a weekly basis.

I have personally witnessed his generosity at numerous fundraisers supporting local first responders and fallen U.S. Military. He has also supported many of my children's activities.

I understand mistakes occurred and have personally heard Gasper's remorse. I will continue and expect great service and support from the Fiore Industries that he and his employees provide.

Thank you for you time and consideration of my support for Gasper Fiore.

Gary Kowalski,
Test Engineer and Retired Veteran
2664 Seven Mile RdSouth Lyon, Michigan 48178
313-729-5259

A-35

February 24, 2018

The Honorable Robert H. Cleland

United States District Judge

United States District Court,

Port Huron, Michigan,

Dear Judge Cleland,

I am writing you in regards to Mr. Gasper Fiore. He has pled guilty to giving money to a public official, and will be appearing in your court for sentencing on this charge.

I have known Gasper for about 40 + years. I met him in the late 70's when I was assigned to patrol the 10th precinct as part of my duties as a police officer. Over the years our paths crossed many times. He grew from Tow truck driver to owner of B&T towing. I recall several times during the 80's when Detroiters couldn't afford tow charges or had no way to recover their vehicles. If asked, Gasper would waive any fees as a city of Detroit tower and get the vehicles back to the owners at no cost. He was one of a few guys that would give the shirt off of his back to anyone who was in need.

Later when I was assigned to the Commercial Auto Theft Unit. We used his company to tow vehicles out of Chop chops that we had executed search warrants on. He would come out sometimes alone and sometimes with other truck if we needed them and stay long hours cleaning up the mess, even though the city only gave him $75.00 a tow.

As time moved on so did his involvement in the community. The Cinco de Mayo parades, the St Patrick 's Day parades. Etc. He provided floats and trucks to pull these beautiful creations throughout our community. He never received a dime for doing it. It was out of pure kindness and his willingness to help out community.

When I was assigned to the federally funded Violent Crime Task Force as a crew leader. He would come out and help us at any hour. Detroit towers were getting shortchanged compared to the suburban towing rates. This didn't matter to Gasper, he did it because we needed his help and quick responses to major crime scenes. He never asked for anything in return. I recall numerous occasions where folks couldn't afford to get their vehicles out of the lots. All we had to was call him and tell him the situation.

A-36

He never turned us down and never turned his back on the citizenry of metropolitan Detroit, nor anybody who needed some help.

He became a hero to many in our community for his kindness and generosity. He was the hardest worker I have ever seen in my 34+ years of law enforcement in Detroit. He is a regular guy to us. Somebody you could count on and relate to. I know he feels remorse for what he did. He and his family suffer everyday with the shame. I have confidence in Gasper, that he will be even a better person than he was before this event.

I really appreciate you taking the time to read my letter and pray that you give him consideration in this matter.

Thomas C Berry

Retired lieutenant.

Detroit Police Department.

9971 Hambelton

Livonia Michigan 48150

313-530-4747

February 28, 2018

The Honorable Robert H. Cleland
United States District Judge
Unites States District Court,
Port Huron, Michigan

Dear Judge Robert H. Cleland,

The purpose for writing this letter is to offer my personal perspective on Gasper Fiore's character, bearing in mind he pled guilty to giving money to a public official in December of 2017.

Five years ago, I met Gasper Fiore when he began patronizing my family owned restaurant in the Corktown neighborhood of Detroit. A friendship quickly formed and I strongly believe Gasper to be a good and a selfless man. Over the years, I have heard countless stories from mutual friends of Gasper's charitable work around the city. Whether it was donating to the local churches and community centers or helping someone that had fallen on rough times, Gasper would never refuse help to someone in need.

In recent months, I have had many conversations with Gasper and I can attest to his deep remorse. He talks about how this has taken a serious toll on his family, friends, employees and his community. The person I came to know is who I firmly believe still exists; an extremely kind, loyal and gentle man. He is an incredible father of two daughters and grandfather to two grandchildren whom are deeply loved, as frequently expressed by him.

Gasper was and is always respectful when oftentimes that value is absent in the community. Where many young men are given few chances, he provided not only employment but an environment in which they found and developed a sense of respect within themselves. Gasper became a father figure to many of those he employed, in whom he helped to instill and grow positive qualities, provide opportunities and simply give advice on handling life's challenges. Having met

A-37

many of these employees, I can say with certainty that he changed the lives of many in the best way.

I have always known Gasper as a quiet, humble man with a huge heart and an incredible work ethic. I ask that his contributions to organizations in the city, his integrity in accepting and acknowledging wrongdoing, and most of all, his efforts to positively impact the lives of so many he employed, be considered. Let it mean something that although someone strayed from the right path, he guided others to it. I sincerely ask for leniency on behalf of my dear friend, Gasper. Your Honor, thank you for taking the time to read these words and thoughtfully consider this letter. It is deeply appreciated.

Sincerely,

Lisa Stanaj
1771 Long Lake Shore Drive
Bloomfield Hills, MI 48302

March 3, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, MI

Your Honor,

This letter is provided on behalf of Mr. Gasper Fiore. I am aware that Mr. Fiore has pleaded guilty to a federal offence involving giving money to a public official. However having known Mr. Fiore for more than fifteen years, the offense does not change my positive experiences and opinion of Mr. Fiore.

As former director of Vistas Nuevas Head Start, I met Mr. Fiore during our search for facilities to serve the young children of the community with a much needed pre-school experience in Southwest Detroit. Mr. Fiore worked to renovate a facility he owned to meet the stringent requirement of the State of Michigan licensing requirements for child care.

The Head Start program continues to operate in the facility with the same rental terms and payment for over ten years and Mr. Fiore and his team always exceed expectations to maintain, upgrade and support the program as a whole. Other facilities in the area have continued to expect annual rental increases and additional financial support for improvements limiting the funding for direct services.

As a non-profit serving an impoverished community Mr. Fiore supported and funded activities for the children and families of Head Start. Through his financial contributions, we were able to provide an annual "Trunk or Treat" program to young children in the community. It was open to all children and in additional to financial support the team always came with a large truck for the children to explore and treats as well as pumpkins were provided to the families.

With our annual "Angel Tree" program where our neediest families were 'adopted' for Christmas, Mr. Fiore and his family provided the space for our activity, decorations and assistance with set up and helping donors bring in the gifts provided as well as assisting families in getting the gifts to their vehicles. He also contributed to the luncheon and gifts for the children.

Mr. Fiore's generosity to our program and the community was deeply appreciated and I was able to count on him whenever support was needed. I am certain, Mr. Fiore is remorseful for his poor decision in this situation. I am confident he will do the right thing to resolve and move forward to continue his work in the community and support those in need with his kindness and generosity.

I thank you for your time and I hope you will consider the good work Mr. Fiore provided to those in need and his community service and support to our children and families.

Sincerely,

Debra Spring

Dlspring04@gmail.com

A-38

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Your Honor,

Many years ago I was a young Police Officer for the City of Detroit. During the early 1970's, I was introduced to a young Tow-Truck driver named Gasper Fiore. He was described to me as an absolute "work-aholic", and I soon found this to be very true. None of the other drivers would actually hurry to get the job done, and his response to Police Calls for a tow-truck was immediate.

After several years of service I heard that Gasper Fiore was going to purchase the towing company including the gas station known as Boulevard-Trumbull Towing. I found out also that if any Police Officer or their family members had vehicle trouble and needed a tow-truck, the company to call was Boulevard-Trumbull. I knew of numerous times when Gasper would even pick up their cars during his "off-work" hours, and tow the vehicles to dealerships or service garages throughout the tri-county area. Because of this reliability, myself and other officers would gladly advise people with broken down vehicles to call Gasper's company. I also know for a fact that on many occasions, Gasper would do this out of his own pocket when the people were unable to pay or did not have "road-service". I remember getting a call from a young female who was broken down on the John C. Lodge Expressway, and she was completely terrified. I was working my usual scout car, and when I made the scene I informed her that we would make sure that she got home okay. I personally called Gasper Fiore who was home at the time, and Gasper drove down to the inner-city and met us on the Freeway. He ended up towing her vehicle (and gave her a ride) all the way to her home in Sterling Heights (many miles away). The next day this girl called the Thirteenth Precinct and couldn't thank us enough, and I informed her that the Towing Company was the one to call and thank them, and she promptly did so.

Over the years there were countless times when I knew of Gasper Fiore doing favors for people who needed a "helping Hand", and never once heard of him refusing. His kindness has been a topic of many of our conversations. I proudly completed thirty-four years of service with the Detroit Police Department, including over eight years with the Drug Enforcement Administration (DEA Task Force), and even then when I heard that Gasper was still out there working, it did not surprise me. I too know of many-many times that Gasper would be the first one to hand out donations to Children's parties and benefits, and also help out those who were in financial troubles.

I recently heard that Gasper was involved in some troubles of his own, and upon contacting him, he has explained to me of the remorse he has for his conduct. He has also advised us of how greatly this has affected his family. As his friend (and I do remain his friend) I would appreciate any consideration for this letter.

Respectfully,

John W. Shenkaruk

Detroit Police (Retired)

A-39

May 21, 2018

Dear Judge Cleland,

First let me thank you for taking time out of your busy schedule to read my letter on behalf of my friend Gasper Fiore.

I met Gasper at the age of 18 at a fundraiser dinner/boxing match in 1993. He came straight from a job, in his work uniform, while others were in suits. He bought me a t-shirt they were selling to raise funds for the boxing program. He tossed it to me and said "here a shirt for you young man!", at the time I didn't have any extra money for a shirt and was invited to the event by a family member. That memory will always stay in my head. This also showed me not to worry about what others think and clothes/attire doesn't make a man, and hard work and dedication prevail.

Through the years after meeting him several more times through work and different activities we became friends. I mentioned work and as far as that goes I've never met a harder self made working guy than Gasper. When most people are home sleeping he'd be out on the scene of an accident helping his crew clean up so we can get up the next morning and get to work safe and on time.

Last summer I was working on a project with a company that works directly for the Archdiocese of Detroit and they needed a walking path put in a park. I recommended they call him for a quote and he did the walking path for no charge. This is just one example of generosity that I've seen on my own. I know Gasper has many friends and he's done more than his fair share of helping people when they are in need.

His dedication to family is unwavering. Gasper isn't the type of guy that wears his heart on his sleeve, frankly he is very hard to read sometimes. There was a day when I seen Gasper with his grandson "Lil Gasper", driving one of his tow trucks. To say he was proud would be an understatement! The smile he had wasn't hidden behind the usual serious look he always has.

I know this has devastated him and although he may not show it he's hurting knowing that all he has done and worked for over the past 40+ years stand to be lost.

I know, he is sorry and has remorse for what has transpired. I trust and have confidence that he will heal from it and learn from what he has done.

Your honor, thank you again for taking the time to read this letter. I hope this letter gives you some insight to the person that I know Gasper to be.

Sincerely,

Mark Wierszewski Jr.

February 23, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
526 Water Street, 2nd Floor
Port Huron, MI 48060

RE: Mr. Gasper Fiore

Dear Judge Cleland:

I have been informed that a great customer and friend of mine, Mr. Gasper Fiore, has plead guilty to a federal offense involving giving money to a public official.

I have known Mr. Fiore since 2004, when I started working for my father's company, Colville Electric Company. Since my father's retirement, his company became mine, and Mr. Fiore became my customer and my friend.

Over the years, I have seen many facets of Gasper's businesses and home. I have seen the way his family and employees look up to him. Every time I see his grandson riding in the truck with him or operating a piece of equipment, they both have smiles ear to ear. I know that feeling, riding around with a man you look up to, and seeing what he does at work, and the work he puts in to provide for the family. It reminds me of how I grew up, and how that shaped me into a hard-working business owner myself.

I don't believe I know anyone who works harder than Gasper. Every time I see him during the week, on the weekend, morning or night, he is wearing work clothes. He is not the stereotypical type of business man. He puts in the hours and gets dirty next to any of his employees, all day, every day. His employees think that they work for him, but I believe that he works for them. Everything he does employs people, he provides a great living for a vast number of employees and their families. He would do anything for anyone of his employees at the drop of a hat. If something were to happen to him, I'm not sure how the hard ship would affect all the families that Gasper feeds.

Through all of the years I have known Gaper and all the interactions I have witnessed between him and others, I have never seen him raise his voice. I have seen accidents, failures, and other unfortunate events unfold, but he always kept an even temper, was always understanding, and always put others first. I have seen him help people who just needed a hand, people who were down on their luck, people that others forgot about, and people that just needed help to get back on their feet.

A-41

Gasper has always been honest with me, even if it was something I didn't want to hear. He has always been a straight forward, to the point, type of guy. I would trust Gasper with anything. I have not heard anyone, other than the newspapers, speak poorly of him.

Gasper Fiore is a man that I will continue to look up to, no matter the outcome of these events, as a hard-working and trustworthy friend.

I appreciate the courts time, and I would respectfully ask for Your Honor's consideration in dealing with Mr. Fiore.

Sincerely,

David J. Colville
15110 Toepfer Dr.
Eastpointe, MI 48021

## S. A. TORELLO INC.
3500 DOVE ROAD – PORT HURON, MI 48060 – (810) 364-5700
FAX: (810) 364-5703     EMAIL: marty@torelloinc.com

February 20, 2018

The Honorable Robert H. Cleland
United States District Court
Port Huron, MI 48060

Dear Judge Cleland:

Re: Gasper Fiore

This letter is in reference to Mr. Fiore's guilty plea in federal court for giving a bribe to a public official. My family and I run a trucking and demolition business in Port Huron and regularly operate in the City of Detroit. We have come to know Mr. Fiore through his towing service and recycling yard.

In the past we have used his services because of accidents or break downs. In those instances I know I can count on calling Gasper. He will always return our phone calls himself, and send service immediately to us no matter what time it is. He doesn't owe us this courtesy, it's just his nature.

Recently one of my employees and his wife were blessed with a child. Their son was diagnosed with a heart defect and downs syndrome. On one of their late night trips home from Ann Arbor, in a snow storm, their pickup was in an accident. We called Mr. Fiore, who took time from his company's Christmas party, to make sure that Ken was picked up and kept warm. On one of his companies' busiest nights, he made sure Ken made it home safely. He didn't have to do this. I can't say enough about Mr. Fiore's kindness.

Mr. Fiore has built an amazingly, successful group of businesses, hired hundreds of people, and helped support a multitude of families. The lives he has impacted are immeasurable, for this I commend him.

I do believe Mr. Fiore feels remorse for the crime he has committed.

He feels remorse for his family's lives he has affected.

He feels remorse for his employees and their family's lives he has impacted.

Your Honor, I realize your job is a difficult one, but I must share a quote that a wonderful person once shared with me, and presses my heart hard at this moment, 'Maybe what the world needs is a bit more mercy than justice.'

Your Honor, I pray you will trust this letter in its sincerity.

Thank you,
Marty Torello

S.A. Torello, Inc.

March 7, 2018

Your Honor,

We have known Gaspar Fiore for forty years. We have been friends with his parents (Vito and Katie) and siblings throughout the years and have shared holidays, weddings, etc.

We have witnessed acts of kindness and respect toward everyone who has come in contact with Gaspar. His dedication to his family and friends as well as his work ethics are beyond reproach.

Gaspar has expressed remorse for his indiscretions and the hurt it has caused his family and friends.

We trust Gaspar's integrity completely and hope to see him continue working as a productive member of society.

Sincerely,

Roland Hamelin
Mary Hamelin

A-43

February 22, 2018

Dear Judge Cleland:

 I am writing this letter in regards to my brother Gasper Fiore. I am aware that my brother Gasper Fiore has plead guilty to a federal offense involving giving money to a public official. As Gasper Fiore's older sister I have seen nothing but good attributes from him. He was always a devoted son and caring brother putting everyone else's needs before him. This has affected him and his family deeply. Gasper has shown tremendous remorse and feels very bad about what he has done.

 Through this I strongly believe my brother has always made the best decisions for the sake of his business/and family. Even though this is not one of the best decisions he has ever made. I will never take away all the good decisions that he has made over the years helping numerous friends and family members. Your kind and careful consideration is respectfully requested hereto.

          Respectfully,

          Brigida Fiore Loukas

         _Brigida Fiore Loukas

A-44

February 16, 2018

Dear Judge Cleland,

I am writing this letter in regards to the character of Mr. Gasper Fiore, with the acknowledgment of his pleading guilty to giving a public official money. Regardless of this, I still hold Mr. Fiore in the highest regard.

I became friends with Mr. Fiore five years ago through a mutual friend. Since having become friends with Mr. Fiore, I have gained insight to his character on multiple occasions in varying circumstances. He has always only demonstrated the utmost kindness, generosity, and respect towards others regardless of socioeconomic status, background, race, gender, or culture.

At times it has been challenging being able to meet Mr. Fiore for social events due to his never ending, dedicated work ethic and devotion to the business he helped create. No job has ever been too small, and no job ever came at an inconvenient time of night or day the he himself would do, or help with.

When not working, Mr. Fiore had very little time he called his own. His time was divided between those that became members of his work family, having a moment to watch the game and to have a good laugh. He also spends time with those that he has created deeper relationships with such as his ex-wife and daughters, as well as his significant other and her family.

Although Mr. Fiore is a more private individual, I know that he regrets what he has done, regardless of the reasoning behind it. I ask you to please take a personal friends account of Mr. Fiores character into consideration, and please remember that even good people make mistakes and poor decisions sometimes. I thank you for your precious time.

Best Regards,

Lisa Daily

18293 North Nunneley

Clinton Township, MI, 48036

March 5, 2018

The Honorable Robert H. Cleland

United States District Judge

United States District Court,

Port Huron, Michigan

Dear Judge Cleland,

I am aware that Gasper Fiore has pleaded guilty to a federal offense involving giving money to a public official. I wanted to provide a character reference on his behalf. I have known Gasper and his family for almost fifty years and we grew up in the same neighborhood. I have done work for him through the years. I am a sign painter and have lettered some of his trucks. Gasper has expressed remorse for the current situation and I believe him because this is so unlike his character.

Gasper is a good man and has always helped everyone out. He has a big heart. When my father passed away in 1991, he made sure to supply food for the funeral home. This act was so kind and generous, but that is the type of man that Gasper is. He has been known to help employees out when they've fallen on hard times and expected nothing in return. Gasper is a hardworking man and always has been. He has done a lot for the city, he seems to want to make a difference.

This situation has plagued him and his family. Gasper loves his daughters and grandchildren. I have no doubt that Gasper would never put himself in another situation like this. He truly regrets what happened and I believe him. Gasper is someone I have always respected and will continue to do so. Please take this letter into consideration and I truly appreciate you taking the time to read this.

Sincerely,

David Klein

**Jennifer O'Neill**
**2246 Shadow Ln**
**Lakeview, NY 14085**

February 20, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Regarding: United States of America V. Gasper Fiore

You Honor:

I am writing this letter to you on behalf of the defendant, Gasper Fiore. I am aware that Mr.
Fiore has pleaded guilty to conspiracy to pay bribes to secure a towing contract in the Clinton
Township.

I came to know Gasper Fiore 18 years ago when I met his daughter, Jennifer Fiore, while
attending our college freshmen orientation. Since that day I have grown closer to the Fiore
family and consider them my second family. I often say that I spend more time with the Fiore
family than I do my own.

On many occasions I have been witnessed the many selfless acts that Gasper Fiore not only
does for others, but has done for me as well. One memory that holds dear to me is during my
junior year of college. I was moving into an apartment with Gasper's daughter Jennifer and I
had purchased a dresser that needed to be assembled. There were at least 400 pieces! It was a
difficult time for me; my father was recently diagnosed with Hodgkin's lymphoma and my
mother has MS so neither of them were physically able to help me with the task of moving into
the apartment. When I left the apartment to go run errands, I came back to find Gasper on the
floor assembling the dresser for me. That is just who he is. He is always stepping up to help
others.

The ongoing negative publicity in regards to this case has just been devastating to Gasper and
his family. I have witnessed not only the sadness but also the embarrassment that every
member of his family has had to suffer, including his grandchildren.

The Honorable Robert H. Cleland
United States District Judge
February 20, 2018
Page 2

Gasper Fiore is a loving father, grandfather, brother and friend.  Gasper Fiore is a man that
works 80 hours a week often without sleep because he is working to provide a better life for
those around him.  He works nonstop for the sole purpose of providing for others.

I would like to thank the court for taking the time to read my letter and ask that you please give
it some consideration with regards to Gasper's character.

Sincerely,

Jennifer O'Neill

March 6, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Re: Mr. Gasper Fiore

Dear Judge Cleland;

I have known Gasper Fiore for over seventeen years in a professional and personal capacity. As a professional in the commercial and industrial real estate industry, my first interaction with Mr. Fiore involved the leasing of one of his properties to a client of mine. Since Mr. Fiore is a prominent property owner in southeast Michigan, we soon developed a business relationship and over the years we were involved in a number of real estate transactions together.

I have found Mr. Fiore to always be a fair and honest person to deal with. I have nothing but the most respect for him as a business person and for his entire family. I have also had business interactions with a number of his employees and they enjoy being a part of Gaspers organization and working for him.

I am well aware that Mr. Fiore has plead guilty to a federal offense involving giving money to a public official, but in no way does it diminish my confidence or trust in him. I know Gasper is a man with a good heart and if I ever needed a favor from him he wouldn't hesitate to help me out. Over the past several months, I can see how this situation is weighing on him and it has caused him to be a bit withdrawn in our normal interactions. We are all imperfect people in an imperfect world. I believe Mr. Fiore is remorseful and regrets what happened.

I thank the court for allowing me to provide a letter of endorsement and support on behalf of Mr. Fiore and I ask the Honorable Judge Cleland to please give some consideration to my letter.

Sincerely,

Paul Reschke

A-48

Garret Renkiewicz
A1 Truck Chrome
5920 Commerce Dr
Westland, MI 48185
March 5th, 2018

Judge Cleland
United States District Judge
United States District Court
Port Huron, Michigan

**Dear Judge Cleland:**

It is to my understanding that Mr. Fiore has plead guilty to a federal offensive involving the
distribution of money to a public official. I believe this to be a mistake or misunderstanding
amongst all parties. Said offense does not change my professional opinion on Mr. Fiore or how I see
him as a man.

I have come to know Gasper through my father and their lifelong relationship. My own relationship
with Gasper consists of him passing knowledge on to me through the industry and him also allowing
me to help market some of his old equipment inventory. It has greatly impacted my career and
knowledge going forward. I have never known him to conduct in foul play or misconduct.

Mr. Fiore works relentlessly and that is all I've ever known him to do. He has always been honest
and upfront in any business we have had. Following that he has done nothing but show his remorse
and regret for getting caught up in this current situation. I trust that he truly feels that way, I have
no reason not to believe that.

Thank you for your time and I hope your take real consideration to this letter, your honor.

Sincerely,

**Garret Renkiewicz**
**A1 Truck**

A-49

March 4, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Dear Judge Cleland:

My name is Lisa Findlay and I have known Gasper Fiore since he started dating my sister in 1976 which
eventually lead to marriage. I am aware that Gasper has plead guilty to a federal offense involving giving
money to a public official.

This being said, I feel that he did the right thing in admitting his guilt, and I believe that he is truly
remorseful.

I have always known Gasper to be a kind person, never missing an opportunity to help those less fortunate. I
know that during the holidays he has led his companies efforts to provide the less fortunate with food, also
giving out backpacks full of school supplies for needy children.

I hope you would consider these examples of generosity into account when sentencing Mr Gasper Fiore.

I appretiate your consideration of this letter as a family member. I ask for any leniency you might offer.

Sincerely

Lisa Findlay

A-50

February 20, 2018

The Honorable Robert H. Cleland
United State District Judge
United States Courthouse
526 Water Street, 2nd Floor
Port Huron, MI 48060

Dear Judge Cleland:

I am aware that Gasper Fiore has pled guilty to a Federal offense involving giving money to a public official. I have known Mr. Gasper Fiore since the 1990's, when I was working for the City of Detroit in the communications and creative services department. In my position, I had to attend many City events and participate in projects such as 'Angel's Night' and 'Clean Sweep.' Gasper was a big supporter of the City and he would also attend these events. I instantly connected with Gasper's kindness and thoughtful spirit when I ran into him. In spite of his achievements and position in the business community, he always appeared to be humble and kind to everyone and he would always say 'hello' and ask how you were doing.

I met his wife Joan when she and Gasper attended a wedding reception for a mutual friend in 2010 and I found her to be a lovely person as well. I met his daughter Jennifer when she joined the board at Detroit Public Television, where I was working, in 2011. Jennifer and I became very good friends, as she has a kind loving spirit like Gasper's. Jennifer and I have been to dinners, events and parties and I have been invited to her home for holidays, where I met many of her family members. The Fiore household has always been a warm and inviting place, never flashy or showy, just a loving kind family. Good people.

I have not seen Gasper since prior to him pleading guilty, but I have sent messages of my support of him as a good person through Jennifer and his family. I know we all make mistakes, and I know that the law requires us to pay for our mistakes. I feel that Gasper has acknowledged his mistakes, and as an overall good person he will pay for those mistakes. I'm usually a pretty good judge of character and I do not feel like he has ever meant to hurt anyone. When I have been around Gasper and his family, I've witnessed a good, hardworking, kind individual who always puts his family and friends first. Please consider this, Judge Cleland, when sentencing my friend – Gasper Fiore.

I would like to thank the court for taking the time to consider my letter of support for Mr. Fiore.

Sincerely,

Charmine Yates

Charmine Yates

A-51

# *Mario's Restaurant*

4222 Second Av
Detroit, Michigan 48201
www.mariosdetroit.com
313-832-1616
313-832-1460F

The Honorable Judge Robert H Cleland
United States District Judge
United States District Court
Port Huron Michigan

Dear Judge Cleland,

I understand that Gasper Fiore has pled guilty to a federal offense and has given
money to a public official.
I have known Mr Fiore for over 25 years. I have found him to be a good friend,
a caring and giving individual. He has told me that he has tremendous remorse
for what he did and that he wished that he could take it all back.
Mr. Fiore has participated in giving back to the Detroit community and the
under-privileged children by donating gifts that these children, when they came
to enjoy a complimentary Christmas dinner at our restaurant for the last 15
years or more. For some of these children it may be the only gift they receive
and Mr. Ferrari has ensured that we have something to give to each of those
children on Christmas Day.
I would appreciate any consideration that you could give in deciding Mr. Fiori's
future.
Thank you for your time and attention in this matter.

Very Truly Yours,

Vince Passalacqua
Proprietor

A-52

Honorable Judge Leland,

I am writing this letter for your consideration in the Gasper Fiore case. I am aware that Mr. Fiore has plead guilty to giving money to a public official, a federal offense. I have known Mr. Fiore for the better part of a decade. I know that he is a very loving man that not only likes but enjoys giving back to his community. I have witnessed the remorse he has for his actions and the toll this case has had on him and his family. He is a very loving father, and grandfather. I have no doubt that if he could go back in time to change anything, he absolutely would. I remember him riding around in his tow truck giving out turkeys to the people of his community that couldn't afford to buy them, and he never once asked for anything in return.

I am asking for your consideration for work release. My friend Gasper accepts full responsibility for his actions. His family needs now more than ever.

Sincerely,

Bess Kalas

**Honorable Robert H. Cleland**

**United States District Court,**

**Port Huron, Michigan**

Dear Judge Cleland,

I would like to start by saying that I am aware that Gasper made a mistake and he has pled guilty to it.

I've known Gasper since the 70's. The man worked hard then and still works harder than anyone that I have ever met. He was always trying harder to be the best at towing and anything he laid his hands on.

Most the folks in the towing business today worked for Gasper at one time or another. Then they started their own businesses with his help and with what Gasper taught them.

I'm not sure exactly what he did or why he did it. I only know what I read and hear on the street.

I can tell you this, Gasper is a good man, He is a family man and always has been, He is a working man as well. He has been involved in Trunk or Treat, St Patrick Day Parades, Neighborhood cleanup projects, Etc.

Gasper helped the police departments in Detroit when they didn't have power, when their cars didn't work, when they did benefits for the children. Sponsored police hockey and baseball teams.

The man is a great man. He would be better suited for community service. Give him the tools and he could rebuild the city …. Anyway, I hope this helps and you get a feeling of what type of person he is.

Thank you for Listening

Benjamin McGuire

13000 E. McNichols

Detroit MI

313 371 5580

A-54

The Honorable Robert H. Cleland                                    February 28, 2018
United States District Judge
United States District Court
Port Huron, Michigan

Dear Judge Cleland,

      I am writing you this letter to request leniency for Gasper Fiore today knowing that Mr. Fiore has pled guilty to the federal offense of giving money to a public official. Knowing this fact does not change my opinion of Mr. Fiore.

      My name is Joseph Donnelly, former owner of Donnelly Recycling L.L.C. My relationship with Mr. Fiore was a business relationship and also a personal one that goes back fifteen years.

      Mr. Fiore is known to me and others as a hard working businessman and loving family man. All of us in our past have made bad decisions. Today you are being asked to judge this man for his. Please consider in your decision that leniency in this matter could benefit Mr. Fiore in a positive way. Mr. Fiore, as the owner of more than one business is intricately tied into the fabric of many men's and women's lives in the community.

      As a small businessman, I always thought of Gasper as a big brother. When I had the crazy idea to invest in a $300,000 Volvo loader with a special attachment for tearing out engines and transmissions, he was the only junkyard owner in Detroit who supported me, by letting me scrap 150 of his cars. It probably didn't mean much to him, but for me, it was the difference that helped me stay in business.

      I know as a judge you will have to jail Gasper for some time, please be lenient. Gasper is a good man who has built good businesses that have benefitted me and the community at large.

Sincerely,

Joseph Donnelly

**R**ELIABLE
**R**EALTY
**G**ROUP

COMMERCIAL/INDUSTRIAL/MULTI-FAMILY
INVESTMENT/BROKERAGE/MANAGEMENT
LDQUICKRRG@GMAIL.COM

**(248) 200-6181**

March 14, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, MI

**RE:    Gasper Fiore**

Dear Judge Cleland:

This is a sad day when I am asked to testify as to the honor, integrity, forthrightness, and character of
Mr. Gasper Fiore.

I have known Mr. Fiore for over 30 years and have never been given reason to question his integrity or
his follow-through on a hand-shake or written agreement.  Mr. Fiore has always been a man of his word
and has never gone back on any commitment he has made with me, either in writing or on a hand-
shake.

I can't speak as to his opinion or his alleged involvement in this ongoing case; however, I can't imagine
anyone would be happy about having to go through this ordeal.  I can imagine he has been emotionally
distraught over these charges and allegations.

Your Honor, I can only hope and pray that truth and justice shall prevail.

And on that note, in closing, May God Bless America.

Sincerely,

RELIABLE REALTY GROUP, LLC

Lawrence D. Quick
Managing Member

A-56

# Mark Hamelin

March 14, 2018

The Honorable Robert H Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Dear Judge Cleland,

I am aware that Mr. Fiore has pleaded guilty to a federal offense involving giving money to a public official.

I have known Mr. Fiore for over 39 years. He has always been a hard working honest, generous and caring individual. I have witnessed him put together two semi-truck trailers full of relief supplies for hurricane Katrina victims. He has always taken me under his wing and helped me whether it was working or financial advice. It's hard to remember a time when I didn't see him working. He is a very driven person full of knowledge about a broad spectrum of subjects.

I met Mr. Fiore through my Father. I have heard him say, how he wishes he didn't make the mistake that has put him in this unfortunate situation. But no matter how much he regrets it, he cannot go back.

I would hope that with all the good that Mr. Fiore has done in his life for other people and for the City of Detroit, that this one unfortunate mistake would not over shadow the rest. He has been nothing but good to me, my family and the City of Detroit.

I want to thank the court for its time and I ask, Judge Cleland, to please give my letter some consideration.

Kind Regards,

Mark Hamelin

February 18, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Dear Judge Cleland,

I have known and been friends with Gasper Fiore for 12 years. I am aware that Mr. Fiore has plead guilty to a federal offense involving giving money to a public official. I am aware this is a very serious issue, however I can tell you for a fact that this does not define what type of person Mr. Fiore is, and I believe he realizes what a dire mistake he has made. I know his children and grandchildren, and know that they are his priority in life. I believe he deeply regrets his decision and know that, given the chance to make up for the harm he has caused, he would dedicate his life to doing so.

I own a restaurant in downtown Detroit, which is where I met Mr. Fiore, and I've come to know him quite well. He is one of the most hardworking, dedicated, kind and generous men I know. He would not hesitate for a second to help someone in need, to offer assistance or to do what he could for not only his friends and family, but anyone in need.

I have spent several family occasions, holidays and social events with Mr. Fiore and if there is one common theme in his life, it is his deep love and value he has for his children and grandchildren. Not only does he routinely bring them to my restaurant, when they are not with him they are the topic of most conversations. I can honestly tell you that I've never met anyone that works as hard as Mr. Fiore does, and I know he does it for not himself, but for his family. There are countless instances I can remember where I had asked Mr. Fiore for his assistance and not once did he hesitate to help. When times were tough, he was one of the few people I knew I could always count on. I believe the offense he committed was truly out of character from the person that I know and trust.

I know for a fact that Mr. Fiore truly regrets what he did and understands the harm he has caused. I know and see what effect this entire ordeal has had on him and that it has most certainly taken a physical and emotional toll on him. I also know and believe that it would not benefit society or the victims of his offense to incarcerate him. I believe that the greatest benefit for all involved is a house arrest sentence, where he could have the opportunity to continue to work to support his family, while working to make amends for his actions. I only ask that you respectfully consider this request. I know that with the support of his family, his friends, and all those that know and love him, he will do whatever it takes to make up for his offense. Thank you in advance for your consideration.

Respectfully,

Vincent Agius
38188 Mallory
Livonia, MI 48154
734-771-4858

A-58

Honorable Judge Cleland,

I am aware that Gasper Fiore has plead guilty to giving money to a public
official, a federal offense.

I have personally known Mr. Fiore for 20 years through my business in
Greektown. I have heard and witnessed Mr. Fiore giving back to the community.
He has a strong work ethic and wants to share that with the people around him.

I have seen the negative impact this has had on his family, his grandchildren,
and the untold remorse he has for what he did.

I am writing this letter to ask you to take under consideration that Mr. Fiore is
truly sorry for his actions and I truly feel that his family needs him now more
than ever as they struggle with him to get past this.

Sincerely Yours,

Thomas Karadimas

A-59

February 18. 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Dear Judge Cleland,

Gasper Fiore is my friend and has been for over 10 years. I am aware that Mr. Fiore has plead guilty to a federal offense involving giving money to a public official. This does not in any way change my firm belief that, despite one very poor decision, Mr. Fiore is a good man. When making your decision, I beg you to consider his character and contributions to society. While he committed an offense in this instance, I know from his past actions that this was a mistake which he profoundly regrets.

In the years in which I met Mr. Fiore, I have known him to be a responsible, hardworking and respectable member of our society. I initially met Mr. Fiore through a mutual friend, and came to know him quite well over the past several years as a loving and loyal man who values his family above all else . He is one of the hardest working, dedicated and committed people I know.

I have called upon him several times over the years for his help or guidance, and he never once hesitated. I am a single mom who works a full time job along with three part time jobs in order to support myself and my children. On one of several occasions over the years, Mr. Fiore assisted my teenage son when he experienced car trouble, and literally rearranged his work day in order to make sure my son's car was fixed and safe to drive. He has always been kind and eager to help others in need. He is dedicated to his children, his grandchildren, friends and their families, and I believe it is due to the deep value he places on the relationships he has with those closest to him.

I firmly believe that Mr. Fiore truly regrets his offense and understands the cost of his actions. I am certain that, given an opportunity to turn back time and reconsider his actions, he would undoubtedly make a different choice. I have witnessed firsthand what an incredible toll this has taken on him, and he has expressed that it is his children and grandchildren, not himself, that are his greatest concern. I only ask that you consider a sentence such as house arrest that would allow Mr. Fiore the opportunity to continue to support his family and allow him to get the help he requires. Together with the support of his family and friends, I know he will continue to be an asset to society and the general public. Thank you for your time in reading this letter. I hope you will consider what I've said and spare Mr. Fiore incarceration.

Yours truly,

Tracy Evans

1460 Rosedale Ave.
Sylvan Lake, MI 48320
586-612-5880

A-60



March 4, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, MI 48060

Dear Judge Cleland:

I am writing on behalf of Mr. Gasper Fiore. I am aware that he has pled guilty to a
federal charge involving giving money to a public official.

I have known Mr. Fiore for over 15 years. I first met him when he donated winter
weather gear to a "mittens and socks" drive for the poor that I was assisting on. I am
aware of other instances of generosity he has provided for the needy of our community.

Mr. Fiore is a true family man who has great love for his children and grandchildren,
whom I understand have been greatly affected by his actions. I truly believe that Mr.
Fiore is extremely remorseful for what he has done, and I am confident he will turn his
life around in a positive direction.

Your honor, thank you for letting me submit this letter and I greatly appreciate any
consideration.

Sincerely,

Timothy A. Johnson
Principal

23224 Robert John Road
St. Clair Shores, MI 48080
(P) 313.882.5377 • (F) 313.886.2823 • (C) 313-737-3580
www.gauklerpointe.com • tjohnson@gauklerpointe.com

A-61

February 22, 2018

The Honorable Robert H. Cleland

United District Judge

United District Court

Port Huron, Michigan

Your Honor,

My Name is Christopher D. Henderson. I have known and worked for Gasper Fiore for the past 10 years. I found him to be a very caring and generous person. He has changed my life by giving me guidance and training. Gasper is not only my employer but a good friend. He is one of the hardest working men I know he can run circles around people half his age.

In closing I would only say that Gasper is a very good person and that he regrets the things that have occurred. It has greatly impacted his family and business. It will take a long time to heal, but I have faith that Gasper will move forward in a positive way.

I would like to thank the Court and ask your Honor to please give the letter some consideration on Gaspers behalf.

Sincerely,

Christopher Henderson

1031 Hampton, Mt. Clemens, MI 48043

586-932-7056

March 23rd, 2018

Dear Judge Cleland,

It has come to my attention that Mr. Fiore has plead guilty to providing money to a public official in return for preferential treatment. After discussing with Gasper, it is clear that he both takes responsibility for his actions and is also very remorseful for what he has done. Given his situation, I wanted to provide feedback on Mr. Fiore and my experiences with him.

I have worked with Gasper Fiore for over 20 years, utilizing his services at multiple companies I have been employed at. I always experienced nothing but great service at a reasonable price. He always went above and beyond to make sure whatever job needed to get done was completed, and did so in a timely and professional fashion. With regards to what he has plead guilty to, there has never been an indication that this is within character and after discussing with him, I can tell that he is truly sorry for what he has done.

Respectfully,

Paul Klein

2/25/2018

Your Honer,

I am writing this letter on behalf of Gasper Fiore I have known Mr.Fiore for about 20 years. I am grateful to call him a friend of mine, He is one of the most hardworking people I know. I could fill up pages of the good things about him. I'm just asking you to please show some compassion and keep him in Michigan so it will help his family to visit, I believe this will help them get through this difficult time without him.

Thank you,
    Katherine Suchoval

A-64

March 8, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

RE: Gasper Fiore

Dear Judge Cleland,

I understand that Gasper Fiore has plead guilty to a federal offense [giving money to a public official] and would like to speak to his character as a businessman and friend. Although I understand that the offense in question may raise a few eyebrows in terms of Mr. Fiore's character and the ability to make sound decisions, in no way does this situation sway me to look at him in an unfavorable way.

I have known Gasper Fiore for over 15 years. We met while my company was working with Boulevard and Trumbull Towing. When I first met Gasper he appeared to be one of the laborers as he was working jut as hard on the project himself as they were. Once we were introduced I then learned that he was actually the owner. I was impressed moving forward that he not only was a leader but could maneuver as one of the employees as well.

Since that time Gasper has been nothing less than trustworthy and loyal. He pays his debts according to contract and I have never experienced any issues on a personal level between him and me as friends. Gasper is a great individual and I have never known our dealings to speak negatively to his character. In the future, I would look forward to continue both our working relationship and friendship.

I appreciate you taking the time to read this letter and I humbly request that you give consideration to my letter on behalf of Gasper.

Sincerely,

Alexander McMillian

A-65

February 27,2018
The Honorable Judge Robert H Cleland
United States District Judge
Unites Staes District Court
Port Huron,Michigan

Dear Judge Cleland,

I write with reference to Gasper Fiore whom I understand has plead guilty to giving money to a public official.

I have had the pleasure of knowing Gasper for many years.

I was producing a sporting event on the Detroit river In 2014 and had rented property from the city to host everything. Once we started setting up we discovered that one of the large sites we were using for parking had recently been used a a dump site . I contacted Gasper and he immediately mobilized one of his earth movers and dump trucks to help out. This was significant as I called him on Friday night and he showed up personally on Saturday to ensure everything went well.

He is without question one of the hardest working and kindest men I know and is (you may notice he is always dressed in work boots) very devoted to his family.

In maintaining candor to the Tribunal I often wonder if maybe Gasper got caught up in a system that tolerated a certain amount of corruption during that time frame, but he has already suffered great loss as well as ridicule and embarrassment. He is well aware of his poor judgement in this matter and I hope you will view him in consideration of the great man that I think he is.

I sincerely thank the court for it's time.

Respectfully submitted

Aaron W. Wyatt

Dear Judge Cleland,

My name is Josphine Schaz and I understand Jasper Zove has plead guilty to the charge brought before him.

If I may, I would like you to know the Jasper that I know.

I have known him for 25 years and he has been a great friend and solid person—

While bartending at any Irish Pub, Jasper & his friends would after come in for lunch/dinner. Always courteous and fun to be around. On the occasions when I had to close up, alone, I could always call Jasper and either he or one of his employees would come by to assure I closed safely— My husband really appreciated that!

In 2012 I was diagnosed with breast cancer. After surgery & treatments, Jasper co-hosted a benefit for me, providing the venue, food, beverages & music. It was a huge success.

There are other things else, but I feel I have taken up too much of your time!

A-67

I hope you will take this letter into consideration, as Jasper has deep remorse for this situation.

Sincerly,

Jospline (Dar) Scharf



**SANTORO INC.**

**AUTOMOTIVE SERVICES**

P.O. Box 24228
15232 Harper
Detroit, MI 48224-3052
(313) 526-1300
FAX (313) 526-6240

The Honorable Robert H. Cleland
United States District Judge
Unites States District Court
Port Huron, Michigan

Dear Judge Cleland,

I am aware of the federal charges Mr. Gasper Fiore has pled guilty to, the giving of money to public officials. I have known Mr. Fiore since 1980 before he was old enough to be in business and can honestly say this offense in no way effects my long stand, respectful opinion of Mr. Fiore.

Mr. Fiore, since a young man, always had a good work ethic. He worked hard to make his parents proud of him; they taught him to...be the best of what you can be. As Mr. Fiore entered into the business world his focus of being successful was true to none. Mr. Fiore would work twenty-five of twenty-four hours a day. Unbenounced to others, he worked alongside of ALL his employees making sure they stood for the same goals he had as his year progressed. In the business world of running a seven (7) day a week, twenty-four (24) hour a day business, employing over 100 or more people, he gave back to the community he lived as well as worked in.

Mr. Fiore's respect and generosity for others has in my eyes been second to none. His love of family, his children, and grandchildren has to me been nothing but genuine.

I am sure Mr. Fiore feels more than remorseful because of what he has pled guilty too. I have no doubt he realizes the effect this is having on his family as well as the personal mental and emotional toil he is dealing with.

I will always look forward to working with Mr. Fiore, no matter the reason, and fully trust him with my heart and soul.

I thank you in advance for taking time to read my letter and the consideration that will be given to this matter.

Yours Truly,

David A. Santoro

A-68

February 15, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Dear Judge Cleland,

I am writing this letter for consideration in regards to Gasper Fiore. I understand that Gasper has plead guilty to a federal offense involving giving money to a public official. With that said, I appreciate you taking a moment to read my letter.

I have worked with Gasper for 35 years, and I have never met a harder working man than him. I have had the privilege of getting to know Gasper through work. However Gasper is not just a trusted customer, but I consider him a trusted friend as well.

Gasper began his career shinning shoes on the streets of Detroit. He eventually began driving an ice-cream truck. He started at the bottom, and worked his way up the ladder of this industry. He now is a legend in the towing business. He knows the meaning of hard work, and perseverance. Gasper is someone you would pick to be on your team every single time.

When my company had a theft problem, it was Gasper who reported the problem. I trust him implicitly.

Gasper is known for for his work ethic and loyalty, but also his kindness and generosity. My family regularly passes through Detroit, and I feel at ease knowing Gasper is in the same city, if there was ever a problem, I know that he would be there in an instant for any member of my family, without asking any questions, if I needed him to be.

He shares the same passion for his own family as well. I have had the opportunity to witness Gasper with his children and grandchildren, and I have never seen anyone show so much love. I know the toll of Gasper's mistake is especially hard on both himself and his family. I have seen that he is remorseful for his mistake.

While I know that Gasper made a mistake, I still would not hesitate to work with him to this day or any day in the future. I am proud to know Gasper, and to be able to call him friend. Knowing Gasper has made me a harder worker, a better father, and a better friend.

It is my hope that Gasper's one mistake does not negate all the good he has done not only for for the towing industry, but for his favorite city, Detroit.

I appreciate both you and the court taking the time to read this letter, and ask for you to take this letter into consideration when judging Gasper's mistake.

Sincerely,

Clay Traylor

A-69



EQUIPMENT
FINANCE
BY WALT
SINCE 1967

*Let's Do More Business*

February 12, 2018

The Honorable Robert H. Cleland,

Allow me to introduce myself. My name is Walt Dzielsky. I have been financing heavy commercial equipment in Michigan for small to large businesses for the last fifty years. I met Gasper Fiore in 2005. I've had the good fortune to meet many outstanding business men. Yet no one has captured my admiration the way Gasper has. Gasper is a self-made man who sets an example for his employees and others day in and day out. He is the first one on the jobsite and the last one to go home. He never stands around watching others do the work, but instead does the work right along with his employees. When so many people gave-up on the City of Detroit, Gasper stayed in Detroit and rehabilitated one commercial property after the other turning these properties back into places where people could go to work and make a living. He had the vision to see what could be and would not let the obstacles stop him. Over the last twelve years, I provided more than fifty equipment financings for the companies Gasper and his two daughters operated adding up to more than several million dollars and no matter how bad the local economy got, our pay record was always timely. Those financings resulted in Gasper employing hundreds of people to operate the equipment and support their family.

It pains me to think such an outstanding member of our community will be going to jail for a mistake that I cannot condone but people make mistakes and in this case this poor judgement should not out way all the good Gasper has done for our community. I'm sure Gasper has learned from this mistake and if allowed to continue working will bring prosperity and good to our community.

I ask your honor to give serious consideration to how much better our community will be if you allow Gasper to rejoin his family and continue doing business.

Sincerely,

Walt Dzielsky

**Walter Dzielsky**
**Office:** 734.953.8541 | **Cell:** 734.674.0212 | **Fax:** 734.953.8532
38143 Vista Drive North, Livonia, MI 48152 | walt@equipmentfinancebywalt.com

A-70

February 21, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan

Your Honor,

I am aware that Mr. Gasper Fiore has plead guilty to a Federal offense involving giving money to a public official.

Knowing of this offense, I can still honestly say that I have known Mr. Gasper Fiore for eight years, both personally and professionally. In both our personal and professional relationships, I have found Mr. Fiore to be a person of numerous positive attitudes, a person of strong family love and kindness and who freely demonstrates a strong and positive work ethic.

I have found Mr. Fiore to be generous and considerate, personally and professionally. On numerous occasions, I have witnessed his favorable treatment of others and a true sense of kindness.

When speaking with Mr. Fiore, I know that he truly has a deep and sincere remorse about how this is affecting him and his family.

I know and trust that Mr. Fiore will demonstrate that the confidence I have placed in him will result in an even better person. I am asking for any consideration to be given to Mr. Fiore at this time.

Sincerely,

Patrick Carothers
Vice President
CI Contracting, Inc.

A-71

2-13-18

Dear Honorable Judge Cleland,

I am writing this letter on behalf of Mr. Gasper Fiore with knowledge of his guilty plea in a
Federal case.

      I first met Gasper ten years ago when he was a customer at Big City Grill, which is the
restaurant I manage. During this time I got to know him as a very hardworking and dedicated
man who cares deeply for his family and friends. I admire all the time, effort and strong work
ethic that is put into his business for its success. He has always been a loyal patron to the
restaurant and has also become a wonderful friend to my family and I. My children recognize
him as uncle Gasper, and he is always the first to ask me how they are doing. He's genuinely a
very caring and warm hearted person. Many times when I see him, he is talking about his
grandchildren and showing pictures of them. He is very proud. He's attended family functions of
ours and has shown so much kindness and generosity. Lately when see him I immediately
notice a sadness that has come over him. When the case is brought up in conversation he
explains his regret and  for all the pain that it has caused his family and how sorry he is. Since
learning of his offence I would still fully trust him and look up to him as I always did.

Thank you for your time and consideration for leniency towards Mr. Gasper Fiore.

Sincerely,
Constantinos Karadimas

A-72

# MARK S. KASSAB

March 23, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court
Port Huron, Michigan 48060

In care of

Robert M. Morgan
615 Griswold St, suite 1125
Detroit, Michigan 48226

**Re: Gasper Fiore**

Your Honor,

I felt compelled to write you this letter on behalf of Mr. Gasper Fiore. I recognize that Mr. Fiore plead guilty in federal court, and I understand the severity of his crime. Even after knowing what Mr. Fiore has plead to, it does not change my favorable opinion of him.

My family and I have known Mr. Fiore and his family for over 25 years. I have only known Mr. Fiore on a personal level and have never done business with him or any of his companies. I know Mr. Fiore as a family man who has a lot to be proud of in raising his children. I Know Mr. Fiore as a person who has built a large business from scratch that has employed many people. Mr. Fiore has a work ethic like one I do not see often, he is at work daily driving trucks and in the "trenches" with his employees. Mr. Fiore has always been involved with many charitable organizations and has a big heart.

I know if Mr. Fiore can turn back time, his actions would have been much different. I know Mr. Fiore has an extreme amount of remorse and knows how his actions have impacted his family and business. I know Mr. Fiore as a good man who made a bad decision. I have always, and will continue to admire Mr. Fiore for both his business and personal accomplishments.

I believe in the justice system and have faith you will be fair and just. Thank you for your consideration.

Respectfully,

Mark S. Kassab

31550 NORTHWESTERN HIGHWAY SUITE #220, FARMINGTON HILLS, MI 48334
(p) 248-310-0536 (f) 248-406-0267

A-73



**SMITH STREET**

Kelly Anne Smith
Broker & Investor
Kelly@SmithStreetHomes.com
office: 810.771.8540
fax: 810.652.8074
www.SmithStreetHomes.com

February 22, 2018

Dear Judge R. Cleland,

I am aware that recently Mr. Gasper Fiore has plead guilty to a federal offense involving giving money to a public official.

I have known Mr. Fiore nearly 30 years. As a child I played in his family home. Mr. Fiore was one of the hardest working Dad's I knew. Mr. Fiore's work ethic helped shape my work ethic today. It was my opinion that Mr. Fiore only wanted to provide a better life for his family.

Mr. Fiore was always supportive of fundraisers. I knew I could count on him to help out with my school fundraising goals. Mr. Fiore loved to help out with purchasing Girl Scout cookies and charity car washes.

A more recent encounter with Mr. Fiore was at the Joe Louis Arena. I saw Mr. Fiore while attending a Detroit Red Wings Game. I had traveled to the game alone, parking in the parking structure. Mr. Fiore insisted on walking me back to my car at the end of the game. I was reluctant as an adult to need that kind of assistances. I kept telling Mr. Fiore I am fine, it's okay, don't worry about me. Nothing I could have said was going to change his mind. Mr. Fiore walked me all the way to my vehicle, hugged me then said, "Say hello to your Mom and Dad". I have always been taken back by his kindness and willingness to go out of his way to see I'm safe.

My opinion, feelings and respect for Mr. Fiore have not changed during this time.

Mr. Fiore is a great Dad, community leader, entrepreneur employing many Detroit residents over the years. Mr. Fiore has done great things for the community.

Thank you Judge Cleland for hearing my story. Please give this letter consideration.

Respectfully,

Kelly A. Smith

A-74

March 30, 2018

Dear Judge Cleland,

I am writing you today in regards to a long time friend and business associate, Gasper Fiore. I am aware that he has plead guilty to a federal offense but please consider some information that I would like to offer because I believe his case deserves special attention.

I've known Gasper for approximately 20 years, first through business which soon became friendship with him, his family and many of the people he is associated with. This is a wonderful family man, a great father and grand father, a wonderful employer who works WITH his staff, not just as boss, a very hard working man, a great friend to many, and above all, a very important community server! His whole life is involved in our community, merging his work, our city, and his family all together!

The first time I met Gasper, he was having a meeting and had to leave to go donate supplies he had bought and collected for needy children so that they would all have Easter baskets. He also, on that day, and every day since, was taking carry-out food and leftovers to feed the homeless people he encounters near his work buildings.

I know that he is very involved with many city functions mostly to bring joy and help to children - parades, fundraisers; he is someone that everyone comes to for donations and he always gives - time, supplies, candy for "trick or treating", money, turkeys for Thanksgiving, hams for holidays - whatever they

A-75

Every job so- I have been to seubered for deasers that he has held for fallen police officers, needy families, and someone battling illnesses. This is a good man who is silent and humble in regards to his generosity and he will never draw attention to all of the good he has done.

Removing Gasper from our ever evolving city of Detroit would be a big mistake - a far bigger crime than he is accused of - without his businesses and multitudes of contributions to our city and its people, he and his family would be greatly missed and I'm positive it would be a terrible loss for our community. What he has done can not be recovered and him being gone will be a detriment to us all.

Your honor, I want to thank you for your time and consideration. I know that Gasper is very regretful and feels terrible disconnecting from everything he has strived for in our city. Losing his involvement in our community will weigh heavily against all of us, he has been so involved in all good ways. If there is a way, please help keep him here on our streets, doing his job every day; we need him here, he matters to us all.

Thank you again.

Sincerely,

Tracie Sebold-Alpert

**Kristina M Manoogian**
6279 Shadydale Drive
Shelby Township, MI 48316

July 6, 2018

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Dear Judge Cleland:

I have known Gasper Fiore as a personal friend and as a professional business man for more than 25 years. My relationship with Mr. Fiore began in 1981. My agency provided coverage for Mr. Fiore's Business and Personal Insurance needs. We had a relationship that was based upon mutual trust and my tremendous respect for him. Gasper was a professional businessman and someone I consider a personal friend.

I am aware that Mr. Fiore has pled guilty to a federal offense involving giving money to a Public Official. Gasper has expressed great remorse and has a sincere understanding that his actions were wrong and immoral. He has never tried to minimize, defend, or explain away his involvement. I was quite shocked that Gasper had engaged in these types of activities that are completely out of character for the person I know him to be. He knew he was above this behavior and is humiliated that he has fallen below his own standards for himself.

Gasper is a man that volunteers and strives to give back not only to the City of Detroit, but to those in need. Gasper and his company have volunteered countless hours of service on many different occasions. He has made numerous contributions to those individuals that are far less fortunate, and to those in need. Boulevard & Trumbull not only contributed their time and services, they have contributed and donated money, food, water, and daily living necessities for as many people possible whenever possible. The company has provided winter coats, school supplies, and backpacks to hundreds of children in the City of Detroit. I personally have never known Gasper to turn his back on anyone that came to him for help.

Gasper is a truly good person and an incredibly humble man. He Is one of the hardest working individuals that I know. He has always worked very long hours including holidays, and never shirked his duties or responsibilities. Gasper is a devoted loving father, family man, and a conscientious citizen who has always given back to society.

A-76

## Kristina M Manoogian

6279 Shadydale Drive

Shelby Township, MI 48316

Knowing Gasper for as long as I have I truly believe that his wrongful actions are an anomaly, that he will not repeat. He has always demonstrated integrity, honestly, and fairness in all of our years of conducting business transactions.

Thank you. Your Honor for taking these thoughts into consideration as you deliberate on the appropriate sentence.

Respectfully,

*Kristina M Manoogian*

Kristina M. Manoogian

24 Febuary, 2018

Dear Judge Cleland,

Gasper Fiore and I have been friends for nearly 20 years. We met while I was working as a cook in Corktown. Gasper would bring his drivers in for lunch. His interaction with the men was working class guy, not titan or mogul. Gasper is a kind and generous person with a admirable work ethic. I have seen him lend a helping hand to strangers and friends alike. When it comes to family Gasper is happiest showing pictures and relaying stories about his children and grandchildren. Family is the heart of Gasper, with B&T Towing a close second. With many years of hard work B&T Towing has become a top notch company. As they say pride

A-77

comes before the fall, which
in this case regretable decisions
were made. Your Honor, when
sentencing Gasper please
consider the good he does
and will continue to do
for the community and the
people that depend on him
for a living. Mr. Fiore is
not a danger, please consider
alternate options rather than
prison.
   Thank you, your Honor.


            Sincerely

            Mrs. Sandra Feneck

**Honorable Robert H. Cleland**

**United States District Judge**

**United States District Court,**

**Port Huron, Michigan**

Dear Judge Cleland,

The purpose of this letter is to express my relationship with Mr. Gasper Fiore and acknowledge the fact that he has pled guilty to a federal offense involving giving money to a public official.

I have known Mr. Fiore since 1989. My wife and I were expecting our second child and I came to Mr. Fiore for employment. Mr. Fiore hired me on the spot and I was able to excel through his company and leadership at a rapid pace. I started driving a flatbed wrecker and was soon placed in dispatch of one of the largest towing companies in Michigan. Management positions soon followed along with a wage I could raise my family.

Gasper has employed and helped hundreds of people throughout the years, giving several second and third chances when at times they were not deserved. The companies he has been involved have been very active in the communities including neighborhood clean ups and contributing to community events.

Throughout the years I have known Mr. Fiore, he has always been tough and generous at the same time. Gasper expects the best from you because he outworks any one of us – all of us. Day or night whatever needs to be done you can expect to see Gasper there leading the job. Gaspers presence is what keeps everyone motivated and things running efficiently.

When I bought my first home I went to Gasper for a loan for the down payment. Gasper, knowing I didn't have the means to pay him back, gave me the money without hesitation. When I decided I wanted to do better for my family, Gasper again, gave me the opportunity to be a partner in a family business with no down payment. Eventually, I purchased the business and have been there since 2000.

Since I have been aware of the charges against him I have noticed a different person. I see a man who is ashamed, embarrassed and very remorseful. I see a man who looks at his children and grandchildren with uncertainty. I see a person that I love and respect change in appearance from the guilt and stress he has put his family through. I see a man that no matter what he faces, works long hours trying to maintain any normality that he has left.

A-78

Mr. Fiore is the person that keeps this together. Mr. Fiore is not the person that the media tries to portray him as. Gasper is a dedicated family man and dedicated businessman. Several people depend on his leadership and dedication to raise their families.

I understand you are going to read many statements and many different opinions, please understand how much this man means to his family and employees. He is a friend to several of us and he is like family to me.

Thank you, Your Honor, for taking time to read this statement and please give my opinion some consideration.

Sincerely

Anthony James Thomas

7875 Broadbridge Road

Fair Haven MI 48023

313 220 5590

February 27, 2018

The Honorable Robert H. Cleland
United States District Judge
United State District Court
Port Huron, MI 48060

      RE: Mr. Gasper Fiore; Case No.: 16-20732-9

Dear Judge Cleland:

      I am writing to you in support of a man who I know to be an extremely hard-working, giving, and loyal man whose humble beginnings are still evident today by the overalls and pick-up truck he drives to work every day.

      I am aware my friend, Gasper Fiore, has plead guilty to a federal offense involving giving money to a public official. I was shocked to read those headlines in the local papers. In spite of the admission by Mr. Fiore, I stand by and support the Gasper Fiore I met in 2004 at a social charity event when I was the Redford Township Supervisor. My relationship with Gasper and his family has been more personal than professional, but he is truly a good person that made a bad mistake.

      Gasper would give me the shirt off his back if I asked. His generosity to others is unparalleled in my experience. I was an elected official for over 14 years and never met another owner of a company who worked as hard as Gasper, was as loyal as Gasper, or was as generous and kind.

      Gasper has dealt with adversity in his life, and I know this matter affects him deeply. Right now, he is a ship without rudder on waves of remorse and embarrassment. Gasper and his family will forever be altered by this case.

      Without question, Gasper will be changed personally and professionally by your sentencing. If he was a bad person who only cared about himself, I would not be writing this letter. However, Gasper is a great person who I trust will continue to be a kind and generous person that will never make a mistake like this again.

      I thank you for your time and hope that you will consider my letter and high opinion of Gasper Fiore.

Sincerely,

Miles Handy

February 12, 2018

Mary A. Peterson
7737 Lake Ridge Drive
Waterford, MI 48327

The Honorable Robert H. Cleland
United States District Judge
United States District Court,
Port Huron, Michigan

Dear Judge Cleland:

I write this letter on behalf of Gasper Fiore. I am aware that Mr. Fiore has plead guilty to a federal offense involving giving money to a public official. Knowing about the offense does not change my favorable opinion of Mr. Fiore.

It's been on my mind to have an opportunity to say what I know of and think of Mr. Fiore. Thank you for taking the time to read what I have to say on his behalf. I met Mr. Fiore about 20 years ago. He and my brother, Philip Sakalian, met and became friends through business. Mr. Fiore having a towing company and my family owning and operating a concrete paving and excavation business for 25 plus years. In 2008, the economic down turn took its' toll on the availability of bidding opportunities to generate work and revenue. The company was forced to shut down. All 5 of us lost our jobs and during that time, my husband suddenly became ill and passed away.

Mr.Fiore stepped up and offered to pair his financial resources with the excellent reputation of our family in the Concrete Road Paving business, to allow us to start up in business again. He was the only person willing to believe in us. Thanks to Mr. Fiore, over the last 10 years we have been able to slowly rebuild the business and I, personally, have managed to recover from a very difficult time.

Mr. Fiore is a very quiet, polite and unassuming man of very few words. Due to his quiet nature, I can say I don't really know him that well. I only know that when on rare occasion I do see him, he says "hello" and gives me a very warm hug. I trust my inner voice and little things people have shared about his charitable nature. I have a good feeling that Mr. Fiore is a humanitarian and likely does much for those who don't have the ability to give back. He doesn't boast. He just does it. I once worked a fundraiser he hosted for the family of fallen police officer. I trust and have much respect for Mr. Fiore.

I thank the Court for its' time.

Your Honor, please give some consideration to my letter.

Sincerely,

Mary A. Peterson

A-80